B1 (Official Form 1) (1/08)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Imperial Homes, Texas, Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **10555 Richmond Ave., Ste. 400 Houston, TX**   ZIP CODE **77042** | Street Address of Joint Debtor (No. and Street, City, and State):   ZIP CODE |
| County of Residence or of the Principal Place of Business: **HARRIS** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP CODE | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**10555 Richmond Ave., Ste. 400 Houston, Texas**   ZIP CODE **77042**

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [x] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2009 (Build 9.0.53.2, ID 1917235413)*

B1 (Official Form 1) (1/08) <span style="float:right">Page 2</span>

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):  **Imperial Homes, Texas, Ltd.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br><span style="float:right">Date</span> |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br>☑  No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>      ☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>      ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)<br><br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)). |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2009 (Build 9.0.53.2, ID 1917235413)*

B1 (Official Form 1) (1/08)                                                                                                                 Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):  **Imperial Homes, Texas, Ltd.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

**X** _____

Telephone Number (If not represented by attorney)
_____

Date _____

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____

(Signature of Foreign Representative)

_____

(Printed Name of Foreign Representative)

_____

Date _____

---

**Signature of Attorney***

**X**  /s/ TIMOTHY L. WENTWORTH
_____

**TIMOTHY L. WENTWORTH**        Bar No. **21179000**

**Cage, Hill & Niehaus, L.L.P.**
**5851 San Felipe**
**Suite 950**
**Houston, Texas 77057**

Phone No. **(713) 789-0500**        Fax No. **(713) 974-0344**

02/09/2010
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

Address
_____

**X** _____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Imperial Homes, Texas, Ltd.**

**X**  /s/ Terrence Hartzell
_____
Signature of Authorized Individual

**Terrence Hartzell**
_____
Printed Name of Authorized Individual

**President of General Partner**
_____
Title of Authorized Individual

**02/09/2010**
_____
Date

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:                                    §
                                          §
**Imperial Homes, Texas, Ltd.**           §        Case No. _____
                                          §
                                          §
                    Debtor(s)             §        Chapter    **7**_____

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case.  I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐   *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
     I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7.  I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑   *[Only include if petitioner is a corporation, partnership or limited liability company]* --
     I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date:  **02/09/2010**_____        **/s/ Terrence Hartzell**_____
                                        Terrence Hartzell
                                        President of General Partner

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:  **02/09/2010**_____                    **/s/ TIMOTHY L. WENTWORTH**_____
                                                    TIMOTHY L. WENTWORTH, Attorney for Debtor

B6A (Official Form 6A) (12/07)

In re  **Imperial Homes, Texas, Ltd.**                                          Case No. _____
                                                                                                          (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| See attached Exhibit | Real Property | | $3,217,878.00 | $2,849,070.00 |
| | | Total: | **$3,217,878.00** | |

(Report also on Summary of Schedules)

## Schedule A-Real Property-Homes

| Location Subdivision | Street# | Street/Address | Lot | Block | Section | Nature of Interest | est. Current Value (CAD) | DrawnToDate | LenderFull |
|---|---|---|---|---|---|---|---|---|---|
| Auburn Lakes Pines | 6318 | Pinyon Trail Drive | 1 | 3 | 3 | Fee Simple | 220,682.00 | 123,729.53 | FDIC as Receiver for Franklin Bank |
| Auburn Lakes Reserve | 25134 | Auburn Bend Drive | 2 | 4 | 2 | " | 184,042.00 | 147,996.90 | FDIC as Receiver for Franklin Bank |
| Canyon Gate at Legends Ranch | 3218 | Serein Meadows Drive | 5 | 2 | 8 | " | 229,030.00 | 135,694.40 | FDIC as Receiver for Franklin Bank |
| Canyon Gate at Park Lakes | 9818 | Pennymill Drive | 18 | 1 | 9 | " | 155,598.00 | 149,070.63 | FDIC as Receiver for Franklin Bank |
| Canyon Gate at Park Lakes | 4306 | Walden Terrace Lane | 36 | 1 | 9 | " | 121,708.00 | 105,369.71 | FDIC as Receiver for Franklin Bank |
| Estates at Creeks End | 19526 | Creek Bend Drive | 11 | 3 | 1 | " | 165,988.00 | 200,738.79 | FDIC as Receiver for Franklin Bank |
| Lone Oak | 17918 | Oakfield Glen Lane | 7 | 3 | 4 | " | 170,597.00 | 149,117.58 | FDIC as Receiver for Franklin Bank |
| Southern Trails | 12416 | Pepper Creek Lane | 5 | 1 | 7 | " | 168,338.00 | 144,542.94 | FDIC as Receiver for Franklin Bank |
| Stone Forest | 5606 | Valley Scene Way | 4 | 1 | 1 | " | 168,338.00 | 147,949.32 | FDIC as Receiver for Franklin Bank |
| Total FDIC as Receiver for Franklin Bank | | | | | | | 1,584,321.00 | 1,304,209.80 | |
| Grand Total - Homes | | | | | | | 1,584,321.0 | 1,304,209.8 | |



EXHIBIT

tabbies

A

## Schedule A-Real Property-Lots

| LotLoanNum | LotStatus | Sub/Job# | Location of Property 1 | Street# | StreetAddress | Lot | Block | Section | Nature of Interest | est. Current Value (CAD) | Amount of Secured Claim LotDrawnTodate | LenderFull |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 190265982 | lot | 45014 | Barrington | 1222 | Eversham Way | 28 | 2 | 2 | Fee Simple | 55,641.00 | 58,162.50 | Franklin Bank |
| 190537186 | lot | 45031 | Barrington | 2926 | South Cotswold Manor Drive | 9 | 1 | 2 | " | 100,899.00 | 112,625.00 | Franklin Bank |
| 190537177 | lot | 48024 | Canyon Gate at Park Lakes | 9842 | Pennymill Drive | 12 | 1 | 9 | " | 41,022.00 | 44,200.00 | Franklin Bank |
| 190537179 | lot | 48028 | Canyon Gate at Park Lakes | 9826 | Pennymill Drive | 16 | 1 | 9 | " | 39,909.00 | 44,200.00 | Franklin Bank |
| 190537181 | lot | 48032 | Canyon Gate at Park Lakes | 9810 | Pennymill Drive | 20 | 1 | 9 | " | 39,908.00 | 44,200.00 | Franklin Bank |
| 190537182 | lot | 48026 | Canyon Gate at Park Lakes | 9834 | Pennymill Drive | 14 | 1 | 9 | " | 39,946.00 | 44,200.00 | Franklin Bank |
| 190537166 | lot | 56001 | Edgewater Park - 80 | 5103 | Gulf Stream Lane | 1&2 | 5 | 1 | " | 50,980.00 | 45,900.00 | Franklin Bank |
| 190537166 | lot | 56002 | Edgewater Park - 80 | 5111 | Gulf Stream Lane | 3&4 | 5 | 1 | " | 51,100.00 | 45,900.00 | Franklin Bank |
| 190537166 | lot | 56003 | Edgewater Park - 80 | 5119 | Gulf Stream Lane | 5&6 | 5 | 1 | " | 51,100.00 | 45,900.00 | Franklin Bank |
| 190537166 | lot | 56004 | Edgewater Park - 80 | 5127 | Gulf Stream Lane | 7&8 | 5 | 1 | " | 51,100.00 | 45,900.00 | Franklin Bank |
| 190537166 | lot | 56005 | Edgewater Park - 80 | 5135 | Gulf Stream Lane | 9&10 | 5 | 1 | " | 51,100.00 | 45,900.00 | Franklin Bank |
| 190537166 | lot | 56006 | Edgewater Park - 80 | 5203 | Gulf Stream Lane | 11&12 | 5 | 1 | " | 51,100.00 | 45,900.00 | Franklin Bank |
| 190537166 | lot | 56007 | Edgewater Park - 80 | 5211 | Gulf Stream Lane | 13&14 | 5 | 1 | " | 51,100.00 | 45,900.00 | Franklin Bank |
| 190537166 | lot | 56008 | Edgewater Park - 80 | 5219 | Gulf Stream Lane | 15&16 | 5 | 1 | " | 51,100.00 | 45,900.00 | Franklin Bank |
| 190537166 | lot | 56009 | Edgewater Park - 80 | 5227 | Gulf Stream Lane | 17&18 | 5 | 1 | " | 50,920.00 | 45,900.00 | Franklin Bank |
| 190537166 | lot | 56010 | Edgewater Park - 80 | 5235 | Gulf Stream Lane | 19&20 | 5 | 1 | " | 51,180.00 | 45,900.00 | Franklin Bank |
| 190537166 | lot | 56011 | Edgewater Park - 80 | 203 | Sea Breeze Drive | 21&22 | 5 | 1 | " | 51,600.00 | 45,900.00 | Franklin Bank |
| 190537166 | lot | 56012 | Edgewater Park - 80 | 211 | Sea Breeze Drive | 23&24 | 5 | 1 | " | 51,230.00 | 45,900.00 | Franklin Bank |
| 190537187 | lot | 54004 | Estates of Legends Trace | 30702 | Shady Trace Drive | 4 | 1 | 1 | " | 44,890.00 | 38,163.00 | Franklin Bank |
| 190537188 | lot | 54006 | Estates of Legends Trace | 30707 | Shady Trace Drive | 6 | 1 | 1 | " | 36,600.00 | 38,163.00 | Franklin Bank |
| 190537189 | lot | 54008 | Estates of Legends Trace | 30710 | Howes Drive | 8 | 1 | 1 | " | 44,900.00 | 38,163.00 | Franklin Bank |
| 190573650 | lot | 54010 | Estates of Legends Trace | 30702 | Howes Drive | 10 | 1 | 1 | " | 43,850.00 | 38,163.00 | Franklin Bank |
| 190573651 | lot | 54012 | Estates of Legends Trace | 30707 | Howes Drive | 12 | 1 | 1 | " | 36,230.00 | 38,163.00 | Franklin Bank |
| 190525775 | lot | 35080 | Lone Oak | 17819 | Oakfield Glen Lane | 15 | 5 | 4 | " | 28,815.00 | 18,610.60 | Franklin Bank |
| 190525776 | lot | 35081 | Lone Oak | 17815 | Oakfield Glen Lane | 16 | 5 | 4 | " | 29,798.00 | 18,610.64 | Franklin Bank |
| 190077872 | lot | 35148 | Lone Oak | 17806 | Placid Oak | 3 | 1 | 3 | " | 30,885.00 | 23,499.00 | Franklin Bank |
| 190265967 | lot | 35066 | Lone Oak | 18027 | Oakfield Glen Lane | 1 | 5 | 4 | " | 29,566.00 | 27,906.00 | Franklin Bank |
| 190537166 | lot | 52006 | Southern Trails | 12402 | Pepper Creek Lane | 5 | 2 | 7 | " | 52,010.00 | 51,000.00 | Franklin Bank |
| 190537167 | lot | 52009 | Southern Trails | 3011 | Mason Grove Lane | 12 | 2 | 7 | " | 54,480.00 | 51,000.00 | Franklin Bank |
| 190537167 | lot | 52024 | Southern Trails | 12407 | Pepper Creek Lane | 4 | 3 | 7 | " | 40,570.00 | 51,000.00 | Franklin Bank |
| 190537167 | lot | 52025 | Southern Trails | 12405 | Pepper Creek Lane | 8 | 3 | 7 | " | 44,390.00 | 51,000.00 | Franklin Bank |
| 190537167 | lot | 52028 | Southern Trails | 3108 | Mason Grove Lane | 8 | 3 | 7 | " | 51,840.00 | 51,000.00 | Franklin Bank |
| 190285976 | lot | 40054 | Wimbledon Falls | 9231 | Forest Creek Drive | 13 | 3 | 3 | " | 35,771.00 | 25,437.15 | Franklin Bank |
| 190428359 | lot | 40042 | Wimbledon Falls | 24203 | Rocky Brook Falls | 1 | 3 | 3 | " | 32,419.00 | 28,864.80 | Franklin Bank |
| 190428361 | lot | 40046 | Wimbledon Falls | 24131 | Rocky Brook Falls | 5 | 3 | 3 | " | 32,304.00 | 28,864.80 | Franklin Bank |
| 190428363 | lot | 40045 | Wimbledon Falls | 24135 | Rocky Brook Falls | 4 | 3 | 3 | " | 32,304.00 | 28,864.80 | Franklin Bank |
| | | | Total FDIC as Receiver for Franklin Bank - Lots | | | | | | | 1,633,557.00 | 1,544,860.29 | |
| | | | Grand Total - Lots | | | | | | | 1,633,557.00 | 1,544,860.29 | |



**EXHIBIT A**

B6B (Official Form 6B) (12/07)

In re  **Imperial Homes, Texas, Ltd.**                    Case No. _____

(if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Petty Cash | | $0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Bank Accounts XXX 438 | | $34,793.01 |
| | | Wells Fargo Bank Account XXX7943 | | $0.00 |
| | | Wells Fargo Bank Account XXX7877 | | $9,272.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Imperial Homes, Texas, Ltd.**                          Case No. _____
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|
| 10. Annuities.  Itemize and name each issuer. | X | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | | Mike Premazon C/O Sleep Shop 5900 I-45 N. Freeway, #102 Houston, Texas 77076 | $7,325.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Imperial Homes, Texas, Ltd.**                                  Case No. _____
                                                                                     (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Green Hollow Ltd. (See Exhibit) | | $49,410.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Imperial Homes Texas, Ltd. vs Bateman & Hart 333rd District Court, Harris County, Texas | | $1,500,000.00 |
| | | Imperial Homes Texas, Ltd. vs. CL Ashton Woods, LP 152nd District Court, Harris County, Texas | | $144,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Imperial Homes, Texas, Ltd.**                              Case No. _____
                                                                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See attached Exhibit. | | $7,307.50 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____3_____ continuation sheets attached          **Total  >** | **$1,752,107.51** |
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

**Schedule B - Personal Property: 18.**
**"…liquidated debts owed to debtor…"**

Green-Hollow, Ltd.
7918 Broadway, Suite 104
Pearland, TX 77581
*Legal Settlement: Due to Imperial upon sale by Green*
*Hollow to third party.*

27 Lots in Villa D'Este Subdivision
Pearland, (Harris County), TX

| Section | Lot | Block | Amount |
|---|---|---|---|
| 2 | 7 | 1 | 1,830.00 |
| 2 | 8 | 1 | 1,830.00 |
| 2 | 9 | 1 | 1,830.00 |
| 2 | 11 | 1 | 1,830.00 |
| 2 | 12 | 1 | 1,830.00 |
| 2 | 13 | 1 | 1,830.00 |
| 2 | 14 | 1 | 1,830.00 |
| 2 | 15 | 1 | 1,830.00 |
| 2 | 1 | 2 | 1,830.00 |
| 2 | 2 | 2 | 1,830.00 |
| 2 | 3 | 2 | 1,830.00 |
| 2 | 5 | 2 | 1,830.00 |
| 2 | 6 | 2 | 1,830.00 |
| 2 | 7 | 2 | 1,830.00 |
| 2 | 8 | 2 | 1,830.00 |
| 2 | 9 | 2 | 1,830.00 |
| 2 | 15 | 2 | 1,830.00 |
| 2 | 16 | 2 | 1,830.00 |
| 2 | 3 | 3 | 1,830.00 |
| 2 | 4 | 3 | 1,830.00 |
| 2 | 5 | 3 | 1,830.00 |
| 2 | 6 | 3 | 1,830.00 |
| 2 | 7 | 3 | 1,830.00 |
| 2 | 8 | 3 | 1,830.00 |
| 2 | 9 | 3 | 1,830.00 |
| 2 | 10 | 3 | 1,830.00 |
| 2 | 11 | 3 | 1,830.00 |
| | Total | | 49,410.00 |



EXHIBIT
tabbies
B - 18

## Schedule B - Personal Property (Item 28)

| Model Funiture | 25018 Auburn Bend | | | 5014 Cove Court | | | Grand |
|---|---|---|---|---|---|---|---|
| Item | Qty | $/Unit | Total | Qty | $/Unit | Total | Total |
| Dinette 5 pc | 1 | 250 | $250.00 | 1 | 250 | $250.00 | $500.00 |
| Bar stools | 2 | 20 | $40.00 | 2 | 25 | $50.00 | $90.00 |
| Chair-telephon niche | 1 | 15 | $15.00 | 1 | 15 | $15.00 | $30.00 |
| FR sofas | 2 | 150 | $300.00 | 4 | 150 | $600.00 | $900.00 |
| Leather couch | | | | | 250 | $0.00 | $0.00 |
| apholstered chair | | | | | 150 | $0.00 | $0.00 |
| Accent chair | | | | | | | $0.00 |
| end tables | 2 | 45 | $90.00 | 4 | 45 | $180.00 | $270.00 |
| coffee table | 1 | 75 | $75.00 | 2 | 100 | $200.00 | $275.00 |
| KS matress & box | 1 | 70 | $70.00 | 1 | 70 | $70.00 | $140.00 |
| Other matress/box | | | | | | | $0.00 |
| Dresser/Mirror | 1 | 130 | $130.00 | 1 | 130 | $130.00 | $260.00 |
| night stand | 2 | 30 | $60.00 | 2 | 30 | $60.00 | $120.00 |
| wood/ aphol arm chairs | 3 | 100 | $300.00 | | 100 | $0.00 | $300.00 |
| ottoman-matched | 1 | 35 | $35.00 | 1 | 35 | $35.00 | $70.00 |
| ottoman-unmatched | | | | | | | $0.00 |
| apholstered bench/LS | | | | 1 | 100 | $100.00 | $100.00 |
| telescope | 1 | 20 | $20.00 | | | $0.00 | $20.00 |
| Dinette 7 pc | 1 | 300 | $300.00 | 1 | 300 | $300.00 | $600.00 |
| Buffet | | | | | 400 | $0.00 | $0.00 |
| Study desk & bookcase | 1 | 150 | $150.00 | | 150 | $0.00 | $150.00 |
| Chair & ottoman | | 200 | $0.00 | | | $0.00 | $0.00 |
| green kids sofas & table | 2 | 50 | $100.00 | | | $0.00 | $100.00 |
| various < $50  chairs, des | 3 | 5 | $15.00 | | | $0.00 | $15.00 |
| Girls b.r. furniture | 1 | 250 | $250.00 | | 250 | $0.00 | $250.00 |
| Boys b.r furniture | | | | 1 | 235 | $235.00 | $235.00 |
| Guest b.r. furniture | | | | | | $0.00 | $0.00 |
| Pictures sm | 4 | 15 | $60.00 | 10 | 15 | $150.00 | $210.00 |
| Pictures med | 12 | 20 | $240.00 | 9 | 20 | $180.00 | $420.00 |
| Pictures lg | 7 | 35 | $245.00 | 0 | 35 | $0.00 | $245.00 |
| Mirror Large | 1 | 75 | $75.00 | | 75 | $0.00 | $75.00 |
| Mirror medium | | | | 1 | 50 | $50.00 | $50.00 |
| small plants | 16 | 5 | $80.00 | 5 | 5 | $25.00 | $105.00 |
| large plants | 2 | 10 | $20.00 | 2 | 10 | $20.00 | $40.00 |
| Minor accessories | 110 | 2.5 | $275.00 | 131 | 2.5 | $327.50 | $602.50 |
| Major accessories | | | | | | | $0.00 |
| Floor lamps | 2 | 20 | $40.00 | 2 | 20 | $40.00 | $80.00 |
| table lamps | 9 | 15 | $135.00 | 7 | 15 | $105.00 | $240.00 |
| Patio & Misc | | | | 3 | 35 | $105.00 | $105.00 |
| wood top console | | | | 2 | 150 | $300.00 | $300.00 |
| marble top console | 1 | 190 | $190.00 | | | $0.00 | $190.00 |
| m-top plant stand | 1 | 100 | $100.00 | | 100 | $0.00 | $100.00 |
| area rugs - med | 3 | 20 | $60.00 | 3 | 20 | $60.00 | $120.00 |
| Total | Total | | $3,720.00 | Total | | $3,587.50 | $7,307.50 |
| Selling comm. (50%) | | | | | | | |
| Moving expense | | | | | | | |
| Net to seller | 42 | | $3,720.00 | 39 | | $3,587.50 | $7,307.50 |

**Exhibit**

**B-28**

B6C (Official Form 6C) (12/07)

In re  **Imperial Homes, Texas, Ltd.**                                    Case No. _____
                                                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                      $136,875.

☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re  **Imperial Homes, Texas, Ltd.**                                    Case No. _____
                                                                                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Allied Concrete Pumping LP**<br>**PO Box 80**<br>**Thompsons, Texas  77481-0080** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business services or supplies**<br>COLLATERAL:<br>**Subordinated lien on all real property & personal**<br>REMARKS:<br><br>VALUE:                                    **$0.00** | | | | $44,500.70 | $44,500.70 |
| ACCT #:<br><br>**Alvin ISD Tax Office - Brazoria County**<br>**c/o Ro'Vinn Garrett, Assessor Collector**<br>**111 E. Locust St.**<br>**Angleton, Texas  77515** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Unknown**<br>REMARKS:<br><br>VALUE:                                    **$0.00** | | | | $5,650.18 | $5,650.18 |
| ACCT #:<br><br>**Anita Henry / Assessor - Collector**<br>**Cypress Fairbanks, ISD**<br>**PO Box 203908**<br>**Houston, Texas  77216-3908** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Unknown**<br>REMARKS:<br><br>VALUE:                                    **$0.00** | | | | $6,376.38 | $6,376.38 |
| ACCT #:<br><br>**Arrow Marble, LLC**<br>**PO Box 40592**<br>**Houston, Texas  77240** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business services or supplies**<br>COLLATERAL:<br>**Subordinated lien on all real property & personal**<br>REMARKS:<br><br>VALUE:                                    **$0.00** | | | | $9,171.50 | $9,171.50 |

Subtotal (Total of this Page) >   **$65,698.76**     **$65,698.76**

Total (Use only on last page) >

_____12_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Imperial Homes, Texas, Ltd.**                                    Case No. _____

                                                                                           (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Bacliff MUD Tax Office - County Tax A/C**<br>**c/o Cheryl E. Johnson - Galveston**<br>**722 Moody**<br>**Galveston, Texas  77550** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Unknown**<br>REMARKS:<br><br>VALUE:                    **$0.00** | | | | $3,483.63 | $3,483.63 |
| ACCT #:<br><br>**Bison Building Materials, LLC**<br>**1445 W. Sam Houston Parkway, North**<br>**Houston, Texas  77043** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Credit Card**<br>COLLATERAL:<br>**Subordinated lien on all real property & personal**<br>REMARKS:<br><br>VALUE:                    **$0.00** | | | | $114,902.37 | $114,902.37 |
| ACCT #:<br><br>**Brazoria County MUD #34**<br>**c/o Tommy Lee, Assessor - Collector**<br>**Brazoria County**<br>**111 E. Locust**<br>**Angleton, Texas  77515** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Unknown**<br>REMARKS:<br><br>VALUE:                    **$0.00** | | | | $4,797.41 | $4,797.41 |
| ACCT #:<br><br>**Builders Post-Tension**<br>**403 Richey Road**<br>**Houston, Texas  77090** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business services or supplies**<br>COLLATERAL:<br>**Subordinated lien on all real property & personal**<br>REMARKS:<br><br>VALUE:                    **$0.00** | | | | $90,968.62 | $90,968.62 |

Sheet no. ____**1**____ of ____**12**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >        $214,152.03        $214,152.03

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Imperial Homes, Texas, Ltd.**                          Case No. _____

                                                                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Champion Columns & Shutters, Inc.** <br> **PO Box 410277** <br> **Houston, Texas  77241-1027** | | DATE INCURRED: <br> NATURE OF LIEN: <br> **Business services or supplies** <br> COLLATERAL: <br> **Subordinated lien on all real property & personal** <br> REMARKS: <br><br> VALUE:                **$0.00** | | | | $17,598.27 | $17,598.27 |
| ACCT #: <br> **Champion Window, Inc.** <br> **PO Box 842422** <br> **Dallas, Texas  75284-2422** | | DATE INCURRED: <br> NATURE OF LIEN: <br> **Business services or supplies** <br> COLLATERAL: <br> **Subordinated lien on all real property & personal** <br> REMARKS: <br><br> VALUE:                **$0.00** | | | | $56,846.35 | $56,846.35 |
| ACCT #: <br> **Cheryl E. Johnson - Galveston** <br> **County Tax A/C** <br> **722 Moody** <br> **Galveston, Texas  77550** | | DATE INCURRED: <br> NATURE OF LIEN: <br> **Taxes** <br> COLLATERAL: <br> **Unknown** <br> REMARKS: <br><br> VALUE:                **$0.00** | | | | $9,313.51 | $9,313.51 |
| ACCT #: <br> **City of Houston - Tax Office** <br> **c/o Leo Vasquez TAC , Harris County** <br> **PO BOx 4622** <br> **Houston, Texas  77244** | | DATE INCURRED: <br> NATURE OF LIEN: <br> **Business services or supplies** <br> COLLATERAL: <br> **Unknown** <br> REMARKS: <br><br> VALUE:                **$0.00** | | | | $4,428.68 | $4,428.68 |

Sheet no. ____**2**____ of ____**12**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >        $88,186.81        $88,186.81

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Imperial Homes, Texas, Ltd.**                    Case No. _____

                                                                                     (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Conroe ISD Tax Office**<br>**c/o JR Moore, Assessor - Collector**<br>**Montgomery County**<br>**400 North San Jacinto**<br>**Conroe, Texas  77301-2823** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Unknown**<br>REMARKS:<br><br>VALUE:                        **$0.00** | | | | $6,918.53 | $6,918.53 |
| ACCT #:<br><br>**D&E Plumbing**<br>**6742 Mayard**<br>**Housotn, Texas  77041** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business services or supplies**<br>COLLATERAL:<br>**Subordinated lien on all real property & personal**<br>REMARKS:<br><br>VALUE:                        **$0.00** | | | | $349,153.70 | $349,153.70 |
| ACCT #:<br><br>**Dickenson ISD Tax Office**<br>**c/o Galveston County Assessor - Collect**<br>**PO Box 1169**<br>**Galveston, Texas  77533-1169** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Unknown**<br>REMARKS:<br><br>VALUE:                        **$0.00** | | | | $16,447.69 | $16,447.69 |
| ACCT #:<br><br>**Factory Builder Stores**<br>**PO Box 3015**<br>**Houston, Texas  77253-3015** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business services or supplies**<br>COLLATERAL:<br>**Subordinated lien on all real property & personal**<br>REMARKS:<br><br>VALUE:                        **$0.00** | | | | $43,570.82 | $43,570.82 |

Sheet no. ____**3**____ of _____**12**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | $416,090.74 | $416,090.74 |
| Total (Use only on last page) > | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Imperial Homes, Texas, Ltd.**                              Case No. _____

                                                                                              (if known)


## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**FDIC as Receiver for Franklin Bank, SSB**<br>**9800 Richmond Ave., Ste. 680**<br>**Houston, Texas  77042** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Real Property**<br>COLLATERAL:<br>**Subordinated lien on all real property & personal**<br>REMARKS:<br>**$7,610.17 Unsecured portion.**<br><br>VALUE:                    **$2,849,070.09** | | | | **$2,849,070.09** | |
| ACCT #:<br><br>**General Plumbing Contractors, Inc.**<br>**244 E. Helms**<br>**Houston, Texas  77037** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business services or supplies**<br>COLLATERAL:<br>**Subordinated lien on all real property & personal**<br>REMARKS:<br><br>VALUE:                    **$0.00** | | | | **$38,079.72** | **$38,079.72** |
| ACCT #:<br><br>**Harris County MUD #1**<br>**Mike Arterburn, Tax A/C**<br>**4910 Dacoma, #601**<br>**Houston, Texas  77065** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Unknown**<br>REMARKS:<br><br>VALUE:                    **$0.00** | | | | **$3,333.24** | **$3,333.24** |
| ACCT #:<br><br>**Harris County MUD #104**<br>**Barbara Wheeler, Tax A/C**<br>**4910 Dacoma #601**<br>**Houston, Texas  77065** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Subordinated lien on all real property & personal**<br>REMARKS:<br><br>VALUE:                    **$0.00** | | | | **$1,124.13** | **$1,124.13** |

Sheet no. ____**4**____ of ____**12**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >     **$2,891,607.18**          **$42,537.09**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Imperial Homes, Texas, Ltd.**                                    Case No. _____
                                                                                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Harris County MUD #173<br>Mike Arterburn, Tax A/C<br>6935 Barney Rd., #110<br>Houston, Texas  77092-4443** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Subordinated lien on all real property & personal**<br>REMARKS:<br><br><br>VALUE:                          **$0.00** | | | | $3,356.18 | $3,356.18 |
| ACCT #:<br><br>**Harris County MUD #400<br>Barbara Wheeler, Tax A/C<br>6935 Barney Rd., Ste. 110<br>Houston, Texas  77092** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Subordinated lien on all real property & personal**<br>REMARKS:<br><br><br>VALUE:                          **$0.00** | | | | $8,546.57 | $8,546.57 |
| ACCT #:<br><br>**Humble ISD<br>Janice P. Himpele - Assessor - Collector<br>PO Box 4020<br>Houston, Texas  77210** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Unknown**<br>REMARKS:<br><br><br>VALUE:                          **$0.00** | | | | $20,163.40 | $20,163.40 |
| ACCT #:<br><br>**JR Moore, Jr. Assessor - Collector<br>Montgomery County<br>400 North San Jacinto<br>Conroe, Texas  7731-2823** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Unknown**<br>REMARKS:<br><br><br>VALUE:                          **$0.00** | | | | $4,031.04 | $4,031.04 |

Sheet no. ____**5**____ of ____**12**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this Page) > | $36,097.19 | $36,097.19 |
|---|---|---|---|
|  | Total (Use only on last page) > | | |
|  | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Imperial Homes, Texas, Ltd.**                                        Case No. _____

                                                                                                   (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Kent Moore - Cabinets**<br>**450 Stone City Dr.**<br>**Bryan, Texas  77803** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business services or supplies**<br>COLLATERAL:<br>**Subordinated lien on all real property & personal**<br>REMARKS:<br><br><br>VALUE:                         **$0.00** | | | | **$103,750.00** | **$103,750.00** |
| ACCT #:<br><br>**Klein ISD, Tax Assessor - Collector**<br>**7200 Spring - Cypress Rd.**<br>**Klein, Texas  77379-3299** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Unknown**<br>REMARKS:<br><br><br>VALUE:                         **$0.00** | | | | **$25,900.91** | **$25,900.91** |
| ACCT #:<br><br>**L&W Weatherstripping LLC**<br>**3421 N. US Hwy, 77**<br>**Schulenburg, Texas  78956** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business services or supplies**<br>COLLATERAL:<br>**Subordinated lien on all real property & personal**<br>REMARKS:<br><br><br>VALUE:                         **$0.00** | | | | **$20,375.00** | **$20,375.00** |
| ACCT #:<br><br>**Leo Vasquez, Tax Harris County**<br>**PO Box 4622**<br>**Houston, Texas  77244** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Unknown**<br>REMARKS:<br><br><br>VALUE:                         **$0.00** | | | | **$30,350.87** | **$30,350.87** |

Sheet no. _____**6**_____ of _____**12**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this Page) > | **$180,376.78** | **$180,376.78** |
|---|---|---|---|
|  | Total (Use only on last page) > | | |
|  | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Imperial Homes, Texas, Ltd.**                      Case No. _____

                                                                                  (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Master Tile**<br>**7170 West 43rd St., Ste. 150**<br>**Houston, Texas  77092** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business services or supplies**<br>COLLATERAL:<br>**Unknown**<br>REMARKS:<br><br>VALUE:                    **$0.00** | | | | **$148,655.45** | **$148,655.45** |
| ACCT #:<br><br>**Montgomery County #89 Tax Office**<br>**11111 Katy Freeway, Suite 725**<br>**Houston, Texas  77079** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Subordinated lien on all real property & personal**<br>REMARKS:<br><br>VALUE:                    **$0.00** | | | | **$1,935.93** | **$1,935.93** |
| ACCT #:<br><br>**Montgomery County MUD #88**<br>**Tax Office**<br>**111111 Katy Freeway, #725**<br>**Houston, Texas  77079-2197** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Unknown**<br>REMARKS:<br><br>VALUE:                    **$0.00** | | | | **$5,453.65** | **$5,453.65** |
| ACCT #:<br><br>**Oakmont PUD - Tax**<br>**PO Box 73109**<br>**Houston, Texas  77273-3109** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Subordinated lien on all real property & personal**<br>REMARKS:<br><br>VALUE:                    **$0.00** | | | | **$13,740.39** | **$13,740.39** |

Sheet no. ____**7**____ of ____**12**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | **$169,785.42** | **$169,785.42** |
| Total (Use only on last page) > | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Imperial Homes, Texas, Ltd.**                    Case No. _____

                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Perfection Wholesale**<br>**6742 -A N. Eldridge Parkway**<br>**Houston, Texas  77041** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business services or supplies**<br>COLLATERAL:<br>**Subordinated lien on all real property & personal**<br>REMARKS:<br><br>VALUE: **$0.00** | | | | $47,870.50 | $47,870.50 |
| ACCT #:<br><br>**PV Roofing**<br>**10310 Antoine Dr.**<br>**Houston, Texas  77086** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business services or supplies**<br>COLLATERAL:<br>**Subordinated lien on all real property & personal**<br>REMARKS:<br><br>VALUE: **$0.00** | | | | $182,312.00 | $182,312.00 |
| ACCT #:<br><br>**Quality Drywall & Services, Ltd.**<br>**PO BOx 1903**<br>**Friendswood, Texas  77549-1903** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business services or supplies**<br>COLLATERAL:<br>**Subordinated lien on all real property & personal**<br>REMARKS:<br><br>VALUE: **$0.00** | | | | $66,791.68 | $66,791.68 |
| ACCT #:<br><br>**Reynolds Tile & Flooring, Inc.**<br>**5800 Centralcrest**<br>**Houston, Texas  77092** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business services or supplies**<br>COLLATERAL:<br>**Subordinated lien on all real property & personal**<br>REMARKS:<br><br>VALUE: **$0.00** | | | | $121,489.60 | $121,489.60 |

Sheet no. ____**8**____ of ____**12**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >     $418,463.78     $418,463.78

Total (Use only on last page) >

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Imperial Homes, Texas, Ltd.**                     Case No. _____

                                                                                    (if known)


### SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Ro'Vinn Garrett, Assessor - Collector**<br>**Brazoria County**<br>**111 E. Locust**<br>**Angleton, Texas  77515** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Unknown**<br>REMARKS:<br><br>VALUE:                    **$0.00** | | | | **$6,143.34** | **$6,143.34** |
| ACCT #:<br><br>**Roman Fence Co., Inc.**<br>**5722 East Houston Rd.**<br>**Houston, Texas  77028** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business services or supplies**<br>COLLATERAL:<br>**Subordinated lien on all real property & personal**<br>REMARKS:<br><br>VALUE:                    **$0.00** | | | | **$23,223.50** | **$23,223.50** |
| ACCT #:<br><br>**Seyah, Ltd dba**<br>**Ranger American**<br>**Security Systems**<br>**10750 Hammerly Ste. 100**<br>**Houston, Texas  77043** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business services or supplies**<br>COLLATERAL:<br>**Subordinated lien on all real property & personal**<br>REMARKS:<br><br>VALUE:                    **$0.00** | | | | **$104,796.94** | **$104,796.94** |
| ACCT #:<br><br>**Seybro Door & Weatherstripping Co. Inc.**<br>**SDC Products**<br>**17030 West Little York**<br>**Houston, Texas  77084** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business services or supplies**<br>COLLATERAL:<br>**Subordinated lien on all real property & personal**<br>REMARKS:<br><br>VALUE:                    **$0.00** | | | | **$29,385.00** | **$29,385.00** |

Sheet no. _____**9**_____ of _____**12**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | **$163,548.78** |
| Total (Use only on last page) > | |

| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |
|---|---|
| | **$163,548.78** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Imperial Homes, Texas, Ltd.**                                    Case No. _____

                                                                                            (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: <br><br>**Sholl Forest Industries, LP** <br>**PO Box 41558** <br>**Housotn, Texas  77241-1588** | | DATE INCURRED: <br>NATURE OF LIEN: <br>**Business services or supplies** <br>COLLATERAL: <br>**Subordinated lien on all real property & personal** <br>REMARKS: <br><br>VALUE:                      **$0.00** | | | | **$550,460.00** | **$550,460.00** |
| ACCT #: <br><br>**Stewart Door Corporation** <br>**SDC Products** <br>**17030 West Little York** <br>**Houston, Texas  77084** | | DATE INCURRED: <br>NATURE OF LIEN: <br>**Business services or supplies** <br>COLLATERAL: <br>**Subordinated lien on all real property & personal** <br>REMARKS: <br><br>VALUE:                      **$0.00** | | | | **$27,580.00** | **$27,580.00** |
| ACCT #: <br><br>**Stock Building Supply of Texas** <br>**PO Box 847795** <br>**Dallas, Texas  75284-7795** | | DATE INCURRED: <br>NATURE OF LIEN: <br>**Business services or supplies** <br>COLLATERAL: <br>**Subordinated lien on all real property & personal** <br>REMARKS: <br><br>VALUE:                      **$0.00** | | | | **$295,699.30** | **$295,699.30** |
| ACCT #: <br><br>**Texas Tile and Flooring, Inc.** <br>**3506 Parkside Dr.** <br>**Pearland, Texas  77584** | | DATE INCURRED: <br>NATURE OF LIEN: <br>**Business services or supplies** <br>COLLATERAL: <br>**Subordinated lien on all real property & personal** <br>REMARKS: <br><br>VALUE:                      **$0.00** | | | | **$50,819.92** | **$50,819.92** |

Sheet no. ____**10**____ of ____**12**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >      **$924,559.22**      **$924,559.22**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Imperial Homes, Texas, Ltd.**    Case No. _____

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: <br><br> **TLR Services, Inc.** <br> **15629 Knotty Oaks Trail** <br> **Magnolia, Texas  77355** | | DATE INCURRED: <br> NATURE OF LIEN: <br> **Business services or supplies** <br> COLLATERAL: <br> **Subordinated lien on all real property & personal** <br> REMARKS: <br><br><br> VALUE:                    **$0.00** | | | | $112,472.87 | $112,472.87 |
| ACCT #: <br><br> **Town & Country** <br> **Brick & Supply Inc.** <br> **PO Box 406** <br> **Tomball, Texas  77354** | | DATE INCURRED: <br> NATURE OF LIEN: <br> **Business services or supplies** <br> COLLATERAL: <br> **Subordinated lien on all real property & personal** <br> REMARKS: <br><br><br> VALUE:                    **$0.00** | | | | $60,897.26 | $60,897.26 |
| ACCT #: <br><br> **TSG Consultations Inc.** <br> **2600 Gessner, Suite 282** <br> **Houston, Texas  77080** | | DATE INCURRED: <br> NATURE OF LIEN: <br> **Business services or supplies** <br> COLLATERAL: <br> **Subordinated lien on all real property & personal** <br> REMARKS: <br><br><br> VALUE:                    **$0.00** | | | | $23,695.69 | $23,695.69 |
| ACCT #: <br><br> **WestStar Drywall, Inc.** <br> **14041 West Rd., Ste. 200** <br> **Houston, Texas  77041** | | DATE INCURRED: <br> NATURE OF LIEN: <br> **Business services or supplies** <br> COLLATERAL: <br> **Subordinated lien on all real property & personal** <br> REMARKS: <br><br><br> VALUE:                    **$0.00** | | | | $37,161.44 | $37,161.44 |

Sheet no. ____**11**____ of ____**12**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >    $234,227.26    $234,227.26

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Imperial Homes, Texas, Ltd.**                                    Case No. _____

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Windrose Land Services**<br>**3628 Westchase**<br>**Houston, Texas  77042** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business services or supplies**<br>COLLATERAL:<br>**Subordinated lien on all real property & personal**<br>REMARKS:<br><br><br>VALUE: **$0.00** | | | | $25,760.00 | $25,760.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____**12**____ of ____**12**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | $25,760.00 | $25,760.00 |
| Total (Use only on last page) > | $5,828,553.95 | $2,979,483.86 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (12/07)

In re **Imperial Homes, Texas, Ltd.**                                    Case No. _____
                                                                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**3**_____continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re  **Imperial Homes, Texas, Ltd.**                                    Case No. _____
                                                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Charles Kelley**<br>**7415 Rimwood Court**<br>**Houston, Texas  77049** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered / Employee**<br>REMARKS: | | | | $4,456.02 | $742.67 | $3,713.35 |
| ACCT #:<br>**Chuck Dibala**<br>**11434 Needville-Fairchild Rd.**<br>**Needville, Texas  77461** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered / Employee**<br>REMARKS: | | | | $9,000.00 | $1,846.15 | $7,153.85 |
| ACCT #:<br>**Dan Daues**<br>**14408 Bach Springs Court**<br>**Cypress, Texas  77429** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered - Employee**<br>REMARKS: | | | | $553.85 | $553.85 | $0.00 |
| ACCT #:<br>**Doyle Holloway**<br>**PO Box 422066**<br>**Houston, Texas  77242** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered / Employee**<br>REMARKS: | | | | $1,846.15 | $1,846.15 | $0.00 |
| ACCT #:<br>**Elizabeth Sorsby**<br>**20131 Broad Run Lane**<br>**Richmond, Texas  77407** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered / Employee**<br>REMARKS: | | | | $1,818.04 | $440.74 | $1,377.30 |
| ACCT #:<br>**Fred Schweers**<br>**16019 Roseview Lane**<br>**Cypress, Texas  77429** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered / Employee**<br>REMARKS: | | | | $13,364.62 | $1,846.15 | $11,518.47 |

Sheet no. ____1____ of ____3____ continuation sheets          Subtotals (Totals of this page) >  | $31,038.68 | $7,275.71 | $23,762.97 |

attached to Schedule of Creditors Holding Priority Claims

Total >
**(Use only on last page of the completed Schedule E.**
**Report also on the Summary of Schedules.)**

Totals >
**(Use only on last page of the completed Schedule E.**
**If applicable, report also on the Statistical Summary**
**of Certain Liabilities and Related Data.)**

B6E (Official Form 6E) (12/07) - Cont.

In re  **Imperial Homes, Texas, Ltd.**  Case No. _____

(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Frederick Loucks** <br> **5507 Fountainbridge Lane** <br> **Houston, Texas  77089** | | DATE INCURRED: <br> CONSIDERATION: <br> **Services Rendered / Employee** <br> REMARKS: | | | | $5,194.33 | $1,259.23 | $3,935.10 |
| ACCT #: <br> **James Rutledge** <br> **4903 Quiet Canyon** <br> **Friendswood, Texas  77547** | | DATE INCURRED: <br> CONSIDERATION: <br> **Services Rendered / Employee** <br> REMARKS: | | | | $553.85 | $553.85 | $0.00 |
| ACCT #: <br> **Jeremy Parker** <br> **12010 Oak Cluster East** <br> **Magnolia, Texas  77354** | | DATE INCURRED: <br> CONSIDERATION: <br> **Services Rendered / Employee** <br> REMARKS: | | | | $2,921.47 | $686.40 | $2,235.07 |
| ACCT #: <br> **Laura Chefant Thetford** <br> **Sugar Land, Texas  77479** | | DATE INCURRED: <br> CONSIDERATION: <br> **Services rendered - Employee** <br> REMARKS: | | | | $3,948.94 | $1,504.36 | $2,444.58 |
| ACCT #: <br> **Maria Herrera** <br> **10334 Sagevale Lane** <br> **Houston, Texas  77089** | | DATE INCURRED: <br> CONSIDERATION: <br> **Services Rendered / Employee** <br> REMARKS: | | | | $685.38 | $496.46 | $188.92 |
| ACCT #: <br> **Michelle Marshall** <br> **5924 Ross Ave** <br> **Dallas, Texas  75206** | | DATE INCURRED: <br> CONSIDERATION: <br> **Services Rendered / Employee** <br> REMARKS: | | | | $553.85 | $553.85 | $0.00 |

Sheet no. ____**2**____ of ____**3**____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $13,857.82 | $5,054.15 | $8,803.67 |
| **Total >** <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | |
| **Totals >** <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

B6E (Official Form 6E) (12/07) - Cont.

In re **Imperial Homes, Texas, Ltd.**                          Case No. _____

                                                                                    (If Known)

### SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Paula Nadolink**<br>**1411 Wood Hollow Dr.**<br>**Houston, Texas  77057** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered  / Employee**<br>REMARKS: | | | | **$1,597.40** | **$672.59** | **$924.81** |
| ACCT #:<br>**Robert Denman**<br>**31202 Dorado Circle**<br>**Tomball, Texas  77479** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered / Employee**<br>REMARKS: | | | | **$2,364.77** | **$675.85** | **$1,688.92** |
| ACCT #:<br>**Roy Edminston**<br>**50 N. Season Trace**<br>**The Woodland, Texas  77381** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered / Employee**<br>REMARKS: | | | | **$10,153.85** | **$1,846.15** | **$8,307.70** |
| ACCT #:<br>**Steve Powers**<br>**15814 Oxenford Dr.**<br>**Tomball, Texas  77377** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered / Employee**<br>REMARKS: | | | | **$553.85** | **$553.85** | **$0.00** |
| ACCT #:<br>**Terri Guttierez**<br>**15503 Kellan Court**<br>**Cypress, Texas  77429** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered / Employee**<br>REMARKS: | | | | **$1,358.62** | **$0.00** | **$1,358.62** |
| | | | | | | | | |

Sheet no. ____3____ of ____3____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | **$16,028.49** | **$3,748.44** | **$12,280.05** |

Total > **$60,924.99**

**(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)**

Totals > **$16,078.30** **$44,846.69**

**(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07)

In re   **Imperial Homes, Texas, Ltd.**                     Case No. _____

                                                                         (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **1st Infiniti** <br> **14402 Cypress Ridge** <br> **Cypress, Texas  77429** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business services or supplies** <br> REMARKS: | | | | $3,560.00 |
| ACCT #: <br> **A-1 Express Blinds** <br> **Joe Buchanan** <br> **16642 Lock Katrine Lane** <br> **Houston, Texas  77084** | | DATE INCURRED:  **09/05/08** <br> CONSIDERATION: <br> **Business services or supplies** <br> REMARKS: | | | | $7,050.00 |
| ACCT #: <br> **A.B. Erosion Control** <br> **12547 Saratoga Woods** <br> **Humble, Texas  77346** | | DATE INCURRED:  **12/08/08** <br> CONSIDERATION: <br> **Business services or supplies** <br> REMARKS: | | | | $270.00 |
| ACCT #: <br> **A.B. Window Services, LLC** <br> **1415 Upland Dr.** <br> **Houston, Texas  77043** | | DATE INCURRED:  **1/29/09** <br> CONSIDERATION: <br> **Business services or supplies** <br> REMARKS: | | | | $6,618.00 |
| ACCT #: <br> **Al Karlson Hauling** <br> **3303 Redfield** <br> **Pasadena, Texas  77503** | | DATE INCURRED:  **12/15/08** <br> CONSIDERATION: <br> **Business services or supplies** <br> REMARKS: | | | | $965.00 |
| ACCT #: <br> **Allied Concrete Pumping LP** <br> **PO Box 80** <br> **Thompsons, Texas  77481-0080** | | DATE INCURRED:  **12/31/08** <br> CONSIDERATION: <br> **Business services or supplies** <br> REMARKS: | | | | $12,501.32 |
| | | | | Subtotal > | | $30,964.32 |
| | | | | Total > | | |

_____**27**_____continuation sheets attached

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Imperial Homes, Texas, Ltd.**                                   Case No. _____
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Alpine Air, Inc**<br>**2016 Almeda Genoa Rd.**<br>**Houston, Texas  77047** | | DATE INCURRED:  **10/16/08**<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$210,429.98** |
| ACCT #:<br>**Armenta's Paiting**<br>**15411 Poolview**<br>**Houston, Texas  77071** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$350.00** |
| ACCT #:<br>**Arrow Marble, LLC**<br>**PO Box 40592**<br>**Houston, Texas  77240** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$6,287.90** |
| ACCT #:<br>**Aztec Rental Center, Inc.**<br>**PO Box 924616**<br>**Houston, Texas  77292-4616** | | DATE INCURRED:  **12/18/08**<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$221.13** |
| ACCT #:<br>**Bacliff MUD - Water**<br>**PO Drawer 8717**<br>**4303 12th St.**<br>**Bacliff, Texas  77518-8717** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$84.58** |
| ACCT #:<br>**Bateman & Hart**<br>**c/o Robert A. Jones**<br>**Barlow Jones & Brust, LLP**<br>**17223 El Camino Real, Ste. 400**<br>**Houston, Texas  77058** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Claim**<br>REMARKS: | | | X | **$2,000,000.00** |

Sheet no. ____1____ of ____27____ continuation sheets attached to                                       Subtotal >   **$2,217,373.59**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    Total >
                                                 **(Use only on last page of the completed Schedule F.)**
                                                 **(Report also on Summary of Schedules and, if applicable, on the**
                                                 **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Imperial Homes, Texas, Ltd.**                     Case No. _____
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Birch Communications**<br>**Dept AT 952855**<br>**Atlanta, GA  31192-2855** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $1,148.31 |
| ACCT #:<br>**Bison Building Materials, LLC**<br>**1445 W. Sam Houston Parkway, N.**<br>**Houston, Texas  77043** | | DATE INCURRED:  **09/25/08**<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $74,108.63 |
| ACCT #:<br>**Boral Brick, Inc.**<br>**PO Box 101447**<br>**Atlanta, GA  30392-1447** | | DATE INCURRED:  **12/04/08**<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $45,051.37 |
| ACCT #:<br>**Bradford Brothers Electric Inc.**<br>**1515 Mesquite, Bld. A**<br>**Houston, Texas  77093** | | DATE INCURRED:  **12/12/08**<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $57,764.00 |
| ACCT #:<br>**Bridgeston MUD - Water**<br>**PO Box 309**<br>**Spring, Texas  77383-0309** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $232.00 |
| ACCT #:<br>**Builder Homesite, Inc.**<br>**11900 RR 620N**<br>**Austin, Texas  78750** | | DATE INCURRED:  **02/28/09**<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $4,725.00 |

Sheet no. ____2____ of ____27____ continuation sheets attached to           Subtotal >    $183,029.31
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                        Total >
                                        (Use only on last page of the completed Schedule F.)
                                (Report also on Summary of Schedules and, if applicable, on the
                                Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Imperial Homes, Texas, Ltd.**                                  Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Builders First Source South**<br>**PO Box 844193**<br>**Dallas, Texas  77086** | | DATE INCURRED:   **11/10/08**<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $151.55 |
| ACCT #:<br>**Builders Post-Tension**<br>**403 Richey Road**<br>**Houston, Texas  77090** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS:<br>**See attached** | | | | $14,677.16 |
| ACCT #:<br>**C S Products & Supply**<br>**PO Box 1019**<br>**Florence, Texas  76527** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $1,034.33 |
| ACCT #:<br>**CA of Champion Woods Estates**<br>**PO Box 681007**<br>**Housotn, Texas  77268** | | DATE INCURRED:   **11/15/09**<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $2,423.10 |
| ACCT #:<br>**Capitol Flag Co., Inc.**<br>**4822 Fannin St.**<br>**Houston, Texas  77004** | | DATE INCURRED:   **05/20/2009**<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $378.88 |
| ACCT #:<br>**Cast Fireplaces**<br>**10425 Tanner Road**<br>**Houston, Texas  77041** | | DATE INCURRED:   **12/31/08**<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $9,364.00 |

Sheet no. ____3____ of ____27____ continuation sheets attached to                    Subtotal >          **$28,029.02**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                 Total >
                                          **(Use only on last page of the completed Schedule F.)**
                                  **(Report also on Summary of Schedules and, if applicable, on the**
                                   **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Imperial Homes, Texas, Ltd.**                        Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Castano K. Tops**<br>**799 Hansen Rd., Ste. 313**<br>**Houston, Texas  77061** | | DATE INCURRED:   **10/07/08**<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$568.00** |
| ACCT #:<br>**Centerpoint Energy**<br>**PO Box 2628**<br>**Houston, Texas  77252** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$3,302.00** |
| ACCT #:<br>**Champion Columns & Shutters, Inc.**<br>**PO Box 410277**<br>**Houston, Texas  77241-1027** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$4,176.25** |
| ACCT #:<br>**Champion Steel**<br>**7310 FM 1458 South**<br>**Sealy, Texas  77474** | | DATE INCURRED:   **08/07/09**<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$1,366.37** |
| ACCT #:<br>**Champion Window, Inc.**<br>**PO Box 842422**<br>**Dallas, Texas  75284-2422** | | DATE INCURRED:   **12/16/08**<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$44,105.68** |
| ACCT #:<br>**Charter Bank, a Federally Chartered Savings Bank**<br>**4400 Osuna Rd., NE**<br>**Albuquerque, NM  87192**<br>**Mike Cunningham** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | **Unknown** |

Sheet no. ____4____ of ____27____ continuation sheets attached to                    Subtotal >                | **$53,518.30** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              Total >
                                  **(Use only on last page of the completed Schedule F.)**
                       **(Report also on Summary of Schedules and, if applicable, on the**
                         **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Imperial Homes, Texas, Ltd.**                         Case No. _____

                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **City of Houston Water Department** <br> **4200 Leeland** <br> **Houston, TX  77023** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business services or supplies** <br> REMARKS: | | | | $1,488.18 |
| ACCT #: <br> **City of LaPorte Utilities** <br> **PO Box 1849** <br> **LaPorte, Texas  77572** | | DATE INCURRED: <br> CONSIDERATION: <br> **Utilities** <br> REMARKS: | | | | $254.30 |
| ACCT #: <br> **City of League City Utilities** <br> **PO Box 2008** <br> **League City, Texas  77574-2008** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business services or supplies** <br> REMARKS: | | | | $122.13 |
| ACCT #: <br> **City of Pearland Water Department** <br> **PO Box 2068** <br> **Pearland, TExas  77588-2067** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business services or supplies** <br> REMARKS: | | | | $1,071.00 |
| ACCT #: <br> **CL Ashton Woods, LP** <br> **11375 W. Sam Houston Pkwy S., Ste. 100** <br> **Houston, Texas  77031** | | DATE INCURRED: **05/14/2007** <br> CONSIDERATION: <br> **Legal Claim** <br> REMARKS: <br> **Earnest Money** | | | X | $144,000.00 |
| ACCT #: <br> **Clayton Farmer** <br> **PO Box 772463** <br> **Houston, Texas  77215** | | DATE INCURRED: **12/18/08** <br> CONSIDERATION: <br> **Business services or supplies** <br> REMARKS: | | | | $1,265.00 |

Sheet no. ___5___ of ___27___ continuation sheets attached to          **Subtotal >**          $148,200.61

Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**

**(Use only on last page of the completed Schedule F.)**

**(Report also on Summary of Schedules and, if applicable, on the**

**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Imperial Homes, Texas, Ltd.**                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Comcast**<br>**PO Box 6660618**<br>**Dallas, Texas  75266-0618** | | DATE INCURRED:  **12/26/08**<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$491.50** |
| ACCT #:<br>**Comerica Bank**<br>**Paul Edmonds Vice President**<br>**910 Louisiana, Suite 300**<br>**Houston, Texas  77002** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Compass Bank**<br>**formerly Texas State Bank**<br>**Attn:  Gary Noble, Senior Vice President**<br>**5 Riverway**<br>**Houston, Texas  77056** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS:<br>**$50,000.00 is disputed.** | | | | **Unknown** |
| ACCT #:<br>**Creeks End HOA Asso. Inc.**<br>**c/o ACMI**<br>**12603 Louetta Road, #101**<br>**Cypress, Texas  77429** | | DATE INCURRED:  **05/13/09**<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$3,164.55** |
| ACCT #:<br>**D&E Plumbing**<br>**6742 Mayard**<br>**Housotn, Texas  77041** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$50,000.00** |
| ACCT #:<br>**David B. and Beatrice Cota**<br>**5303 Tulip Glen Ct.**<br>**Spring, Texas  77379** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Claim**<br>REMARKS: | | | X | **Unknown** |

Sheet no. ___6___ of ___27___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$53,656.05**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Imperial Homes, Texas, Ltd.**                          Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Decor Builders Hardware**<br>**27201 Hanna Road**<br>**Conroe, Texas  77385** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$20,357.00** |
| ACCT #:<br>**DeLage Landren Financial Services**<br>**PO Box 41602**<br>**Philadelphia, PA  19101-1602** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$7,786.28** |
| ACCT #:<br>**DIA Construction**<br>**18307 Little Fawn DR.**<br>**Houston, Texas  77042** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$74.00** |
| ACCT #:<br>**Dimension Leasing L.C.**<br>**10555 Richmond Ave.**<br>**Houston, Texas  77042** | | DATE INCURRED:<br>CONSIDERATION:<br>**Model Home Leases**<br>REMARKS:<br>**Refer to Schedule G** | | | | **$646,521.76** |
| ACCT #:<br>**EG Construction**<br>**6433 Brent Dr.**<br>**Houston, Texas  77085** | | DATE INCURRED:    **12/29/08**<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$200.00** |
| ACCT #:<br>**Enterprise Bank**<br>**Attn: Michael Peery Sr. Vice President**<br>**7125 Gulf Freeway**<br>**Houston, Texas  77087** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | **Unknown** |

Sheet no. ___7___ of ___27___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$674,939.04**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Imperial Homes, Texas, Ltd.**                         Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Eric Martinez and Deyanira Martinez<br>c/o Gordon W. Hall<br>2323 S. Voss Rd., Suite 5700<br>Houston, Texas  77057** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Claim**<br>REMARKS: | | | X | **$7,065.00** |
| ACCT #:<br>**F.T.D. Construction, Inc.<br>4211 Hambledon Village<br>Houston, Texas  77014** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$1,592.75** |
| ACCT #:<br>**Factory Builder Store<br>PO Box 3015<br>Houston, Texas** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$12,853.09** |
| ACCT #:<br>**Fashion Glass & Mirror<br>PO Box 1085<br>DeSoto, Texas  75123-1085** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$13,868.44** |
| ACCT #:<br>**First Bank, a Missouri State Bank<br>Attn: Andrew Schmidt<br>11901 Olive Blvd.<br>St. Louis, MO  63141** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**First Choice Power, Inc.<br>PO Box 659603<br>San Antonio, Texas 78265-9603** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$1,766.72** |

Sheet no. ____8____ of ____27____ continuation sheets attached to                                       Subtotal >   **$37,146.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    Total >
                                                        **(Use only on last page of the completed Schedule F.)**
                                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Imperial Homes, Texas, Ltd.**                                   Case No. _____
                                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**First Insurance Funding Corp.**<br>**450 Skokie Blvd, Suite 1000**<br>**Northbrook, Illinois 60062** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $18,896.14 |
| ACCT #:<br>**Floors, Inc.**<br>**PO Box 3049**<br>**Grapevine, Texas 76099** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $19,077.30 |
| ACCT #:<br>**Fort Bend Co. MUD #130**<br>**PO Box 4241**<br>**Houston, Texas 77210-4241** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $36.00 |
| ACCT #:<br>**Fort Bend Co. MUD #130**<br>**Southwest Water Co.**<br>**PO Box 3150**<br>**Houston, Texas 77253-3150** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $256.19 |
| ACCT #:<br>**Fred Schweers**<br>**16019 Roseview Lane**<br>**Cypress, Texas 77429** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $25,000.00 |
| ACCT #:<br>**Fresh Can**<br>**2715 FM 2917**<br>**Alvin, Texas 77511** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $1,401.57 |

Sheet no. ___9___ of ___27___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $64,667.20

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Imperial Homes, Texas, Ltd.**                           Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**G. Neil Corporation**<br>**PO Box 451179**<br>**Sunrise, FL  33345-1179** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $65.08 |
| ACCT #:<br>**Garcia Trash Huller**<br>**22289 Adams St.**<br>**Porter, Texas  77365** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $650.00 |
| ACCT #:<br>**Garfield Internet Group**<br>**PO Box 36735**<br>**Houston, Texas  77236-6735** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $2,000.00 |
| ACCT #:<br>**Garza Clean Up Service.**<br>**12611 Plum Meadow Lane**<br>**Houston, TExas  77039** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $300.00 |
| ACCT #:<br>**General Plumbing Contractors, Inc.**<br>**244 E. Helms**<br>**Houston, Texas  77037** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $30,006.00 |
| ACCT #:<br>**Golden Arrow Concrete Pumping, Inc.**<br>**12303 Amelia Dr.**<br>**Houston, Texas  77045** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $1,000.00 |

Sheet no. ___10___ of ___27___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $34,021.08

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Imperial Homes, Texas, Ltd.**                     Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Gonzalez Trim Constr.**<br>**11815 Oakshield Lane**<br>**Cypress, Texas  77433** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $770.00 |
| ACCT #:<br>**Guadalupe L. Zuniga**<br>**3710 Gager**<br>**Houston, Texas  77093** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $587.50 |
| ACCT #:<br>**Guaranteed Service Roofing &**<br>**Construction nc.**<br>**PO Box 24796**<br>**Houston, TExas  77013** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $6,498.00 |
| ACCT #:<br>**Gulf & Basco L.P.**<br>**PO Box 445**<br>**Houston, Texas  77001** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $16,735.40 |
| ACCT #:<br>**Gulf Coast Fan & Light**<br>**9630 Clarewood Dr., #D-1**<br>**Houston, Texas  77036** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $13,422.00 |
| ACCT #:<br>**Harris County MUD # 1**<br>**PO BOx 2996**<br>**Spring, Texas  77383-2569** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS:<br>**Water** | | | | $563.62 |

Sheet no. ____11____ of ____27____ continuation sheets attached to                                    Subtotal >          $38,576.52
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                       Total >
                                                           (Use only on last page of the completed Schedule F.)
                                                     (Report also on Summary of Schedules and, if applicable, on the
                                                      Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Imperial Homes, Texas, Ltd.**                          Case No. _____
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Harris County MUD #104 - Water**<br>**PO Box 3033**<br>**Houston, Texas  77253-3033** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities - Water**<br>REMARKS: | | | | $2,858.78 |
| ACCT #:<br>**Harris County MUD #173 - Water**<br>**PO Box 3037**<br>**Houston, Texas  77253-3037** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $4,192.58 |
| ACCT #:<br>**Harris County MUD #400**<br>**PO Box 690928**<br>**Houston, Texas  77269-0928** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $5,135.61 |
| ACCT #:<br>**Harris County MUD #401**<br>**312 Spring Hill Dr.**<br>**Spring, Texas  77386-3709** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $3,433.56 |
| ACCT #:<br>**Harris County MUD - 165**<br>**c/o ECO Resources, Inc.**<br>**12535 Reed Rd.**<br>**Sugar Land, Texas  77478** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $6,713.97 |
| ACCT #:<br>**Hi Tech Concrete**<br>**Pumping Services LLC**<br>**PO Box 1163**<br>**Kemah, Texas  77565** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $2,400.00 |

Sheet no. ____**12**____ of _____**27**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$24,734.50**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Imperial Homes, Texas, Ltd.**                                    Case No. _____

                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Houston Carpet, RF's**<br>**402 Columbia**<br>**Houston, Texas  77007** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$222,448.00** |
| ACCT #:<br>**Iron Mountain Records**<br>**Management, Inc.**<br>**PO Box 915004**<br>**Dallas, Texas  75391-5004** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$391.54** |
| ACCT #:<br>**Jesus Flores**<br>**6425 Bankside #1073**<br>**Houston, Texas  77096** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$200.00** |
| ACCT #:<br>**Jesus Gonzalez**<br>**5320 Farmers**<br>**Alvin, Texas  77511** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$100.00** |
| ACCT #:<br>**Joe Swartz Electric, Inc.**<br>**PO Box 16430**<br>**Houston, Texas  77222-6430** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$197,180.00** |
| ACCT #:<br>**Joe Valdez c/o**<br>**Shari Goldsberry**<br>**401 2nd Street**<br>**San Leon, Texas  77539** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Claim**<br>REMARKS: | | | X | **Unknown** |

Sheet no. ____13____ of ____27____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$420,319.54**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Imperial Homes, Texas, Ltd.**                      Case No. _____
                                                                          (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**John C. Mickelson, Jr.**<br>**1911 Strawfield**<br>**Sugar Land, Texas  77478** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $5,040.00 |
| ACCT #:<br>**Kent Moore Cabinets**<br>**450 Stone City Dr.**<br>**Bryan, Texas  77803** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $43,239.94 |
| ACCT #:<br>**Kerry and Lolita Christophe**<br>**c/o Leonard Schneider**<br>**Ross, Banks, May, Cron & Cavin**<br>**2 Riverway, Suite 700**<br>**Houston, Texas  77056** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Claim**<br>REMARKS: | | | X | $9,680.02 |
| ACCT #:<br>**Klein ISD**<br>**7200 Spring-Cypress Rd.**<br>**Klein, Texas  77379-3299** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Claim**<br>REMARKS: | | | X | $147,765.80 |
| ACCT #:<br>**Kleinwood MUD**<br>**PO Box 6900928**<br>**Houston, Texas  77269-0928** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utlity Bill - Water**<br>REMARKS: | | | | $1,459.68 |
| ACCT #:<br>**Konica Minolta Business**<br>**Solutions USA, Inc. Dept. 2366**<br>**PO Box 122366**<br>**Dallas, Texas  75312-2366** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $633.92 |

Sheet no. ___14___ of ___27___ continuation sheets attached to                                        Subtotal >  **$207,819.36**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    Total >
                                                    (Use only on last page of the completed Schedule F.)
                                        (Report also on Summary of Schedules and, if applicable, on the
                                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Imperial Homes, Texas, Ltd.**                                    Case No. _____
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **L&W Weatherstripping, LLC** <br> **3421 N. US Hwy 77** <br> **Schulenburg, Texas  78956** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business services or supplies** <br> REMARKS: | | | | $4,176.52 |
| ACCT #: <br> **Logix Communications LP** <br> **PO Box 3608** <br> **Houston, Texas  77253-3608** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business services or supplies** <br> REMARKS: | | | | $5,362.32 |
| ACCT #: <br> **Magic Man Surface, Inc.** <br> **2302 Denridge** <br> **Houston, Texas  77038** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business services or supplies** <br> REMARKS: | | | | $700.00 |
| ACCT #: <br> **Maid Concept** <br> **20525 Bentwood Oaks Dr.** <br> **Porter, Texas  77365** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business services or supplies** <br> REMARKS: | | | | $585.00 |
| ACCT #: <br> **Mainland Custom Marble, Inc.** <br> **PO Box 1120** <br> **Alvin, Texas  77512** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business services or supplies** <br> REMARKS: | | | | $8,189.00 |
| ACCT #: <br> **Marcella Reyes** <br> **c/o HLMS** <br> **PO Box 3156** <br> **Houston, Texas  77253-3156** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business services or supplies** <br> REMARKS: | | | | $1,512.00 |

Sheet no. ____15____ of _____27_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                       Subtotal >        $20,524.84

                                                                          Total >
                                          **(Use only on last page of the completed Schedule F.)**
                               **(Report also on Summary of Schedules and, if applicable, on the**
                               **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Imperial Homes, Texas, Ltd.**                              Case No. _____

                                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Margaret R. Maddox**<br>**17044 El Camino Real**<br>**Houston, Texas 77058-2630** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $130.00 |
| ACCT #:<br>**Marina Del Sol R.A.**<br>**c/o HCMS**<br>**PO Box 3156**<br>**Houston, Texas 77253-3156** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $2,134.00 |
| ACCT #:<br>**Master Brand Cabinets, Inc.**<br>**PO BOx 75527**<br>**Chicago, IL 60675-7522** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $144,996.38 |
| ACCT #:<br>**Master Brick, Inc.**<br>**9502 W. Little York Rd.**<br>**Houston, Texas 77040-3318** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $10,565.00 |
| ACCT #:<br>**Material Service & Supply, Inc.**<br>**8309 Monroe Road**<br>**Houston, Texas 77061** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $12,000.00 |
| ACCT #:<br>**Matt Richards**<br>**6327 Pearson Rd.**<br>**Santa Fe, Texas 77517** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $600.00 |

Sheet no. ____16____ of ____27____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $170,425.38

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Imperial Homes, Texas, Ltd.**                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Miguel Jimenez**<br>**8334 Galler Rd.**<br>**Richmond, Texas  77469** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $2,793.78 |
| ACCT #:<br>**Mobile Management Corp.**<br>**PO Box 45043**<br>**San Francisco, CA  94145-0043** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $6,108.81 |
| ACCT #:<br>**Mobile Mini Inc.**<br>**PO Box 79149**<br>**Phoenix, AZ  85062-9149** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $511.49 |
| ACCT #:<br>**Momentum Printing & Graphics, Inc.**<br>**15018 Mintz Lane**<br>**Houston, Texas  7714** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $165.96 |
| ACCT #:<br>**Montgomery County MUD #88**<br>**PO Box 2569**<br>**Spring, Texas  77383** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $4,562.84 |
| ACCT #:<br>**Montgomery County MUD #89**<br>**PO Box 2569**<br>**Spring, Texas  77385** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $1,919.09 |

Sheet no. ____17____ of ____27____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$16,061.97**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Imperial Homes, Texas, Ltd.**                                           Case No. _____

                                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Moody National Bank**<br>**Craig T. Barker, Ex. Vice President**<br>**2302 Post Office Street**<br>**Galveston, Texas  77550** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Morris, Lendias, Hollrah & Snowden**<br>**1980 Post Oak Blvd.**<br>**Houston, Texas 77056** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$856.10** |
| ACCT #:<br>**Move Sales, Inc.**<br>**New Homes Division**<br>**PO Box 13239**<br>**Scottsdale, AZ  85267-3239** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$1,025.00** |
| ACCT #:<br>**National Sign Plazas, Inc.**<br>**8150 S. Akron St., Ste. 401**<br>**Centennial, CO  80112** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$1,440.00** |
| ACCT #:<br>**Northwest Z-Tek**<br>**Sand & Gravel, LLC**<br>**201 Magnolia Ln.**<br>**Conroe, Texas  77304** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$1,267.00** |
| ACCT #:<br>**Oakmont PUD - Utilities**<br>**PO Box 2569**<br>**Spring, Texas  77383** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utlities**<br>REMARKS: | | | | **$1,194.15** |

Sheet no. ____18____ of ____27____ continuation sheets attached to                     Subtotal >          **$5,782.25**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                          Total >
                                              **(Use only on last page of the completed Schedule F.)**
                                  **(Report also on Summary of Schedules and, if applicable, on the**
                                  **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Imperial Homes, Texas, Ltd.**                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Office Depot**<br>**PO Box 88040**<br>**Chicago, IL  60680-1040** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $252.07 |
| ACCT #:<br>**P.V. Roofing, Inc.**<br>**10310 Antoine Dr.**<br>**Houston, Texas  77086** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $29,160.36 |
| ACCT #:<br>**Pedro Angel Garcia**<br>**13529 Rochester St.**<br>**Housotn, Texas  77015** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $355.00 |
| ACCT #:<br>**Perfection Wholesale**<br>**6742 -A N. Eldridge Parkway**<br>**Houston, Texas  77041** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $6,705.80 |
| ACCT #:<br>**Phelps Dunbar LLP**<br>**PO Box 974798**<br>**Dallas, Texas  75397-4798** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $56,632.06 |
| ACCT #:<br>**Pitney Bowes**<br>**PO Box 856460**<br>**Louisville, KY  40285-6460** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $821.73 |

Sheet no. ___19___ of ___27___ continuation sheets attached to                    **Subtotal >**            **$93,927.02**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Imperial Homes, Texas, Ltd.**                                        Case No. _____
                                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Porter Ready Mix, Inc.**<br>**PO Box 981**<br>**Porter, Texas  77365** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $40,463.00 |
| ACCT #:<br>**Prosperity Bank**<br>**Russell Lindsey**<br>**100 West Medical Center Blvd**<br>**Webster, Texas  77598** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | Unknown |
| ACCT #:<br>**Purchase Power**<br>**PO Box 856042**<br>**Louisville, KY  40285-6042** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $31.28 |
| ACCT #:<br>**Quality Drywall & Service, Ltd.**<br>**PO Box 1903**<br>**Friendswood, Texas  77549-1903** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $12,529.42 |
| ACCT #:<br>**RB Painting**<br>**7106 Ingland**<br>**Houston, Texas  77021** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $500.00 |
| ACCT #:<br>**RBC Bank (USA) a North Carolina Banking**<br>**Ken Shaw, Vice President**<br>**11011 Richmond Ave., Ste. 850**<br>**Houston, Texas  77042** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | Unknown |

Sheet no. ____20____ of ____27____ continuation sheets attached to                    Subtotal >        $53,523.70
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                Total >
                                         (Use only on last page of the completed Schedule F.)
                                 (Report also on Summary of Schedules and, if applicable, on the
                                 Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Imperial Homes, Texas, Ltd.**                              Case No. _____

                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Regions Bank**<br>**Christopher Morris, Sr. Vice President**<br>**5005 Riverway, Suite 110**<br>**Houston, Texas  77056** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Reliant Energy**<br>**Dept. 650475**<br>**1501 North Plano Rd.**<br>**Richardson, Texas  75081** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS:<br>**Dispute $2,638.48** | | | X | **$14,191.25** |
| ACCT #:<br>**Rest Stop Portable**<br>**7273 Teaswood Dr.**<br>**Conroe, Texas  77304** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$1,875.45** |
| ACCT #:<br>**Reyes Tractor Service**<br>**9835 Mill Shadow**<br>**Houston, Texas  77070** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$300.00** |
| ACCT #:<br>**Reynolds Tile & Flooring Inc.**<br>**5800 Centralcrest**<br>**Houston, Texas  77092** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$23,388.26** |
| ACCT #:<br>**Richard E. Brown**<br>**7500 San Felipe, Ste. 777**<br>**Houston, Texas  77063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | **$6,222.50** |

Sheet no. ____21____ of _____27_____ continuation sheets attached to                                    **Subtotal >**    **$45,977.46**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                     **Total >**
                                                      **(Use only on last page of the completed Schedule F.)**
                                 **(Report also on Summary of Schedules and, if applicable, on the**
                                   **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Imperial Homes, Texas, Ltd.**                                           Case No. _____
                                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Roman Fence Co., Inc.**<br>**5722 East Houston Rd.**<br>**Houston, Texas  77028** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $6,929.64 |
| ACCT #:<br>**Salvador Rodriguez**<br>**187 Hankla**<br>**Houston, Texas  77076** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $1,220.60 |
| ACCT #:<br>**Sanchez Fence**<br>**PO Box 544**<br>**Pasadena, Texas  77501** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $39,892.00 |
| ACCT #:<br>**Scholl Forest Industries, LP**<br>**PO Box 41558**<br>**Houston, Texas  77241-1558** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $83,567.48 |
| ACCT #:<br>**Seyah, LTd dba**<br>**Ranger American**<br>**Security Systems**<br>**10750 Hammerly Ste. 100**<br>**Houston, Texas  77043** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $12,454.42 |
| ACCT #:<br>**Seybro Door & Weatherstripping Co. Inc.**<br>**PO Box 125**<br>**Weimar, Texas  78962** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $6,264.64 |

Sheet no. ____22____ of ____27____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                     $150,328.78

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Imperial Homes, Texas, Ltd.**                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br>**Sierra Spring Water**<br>**PO Box 660579**<br>**Dallas, Texas  75266-0579** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $1,123.21 |
| ACCT #: <br>**Signtex Outdoor, Inc.**<br>**1225 Alma Ste. D**<br>**Tomball, Texas  77375** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $162.38 |
| ACCT #: <br>**South Texas Grid Systems**<br>**PO Box 1268**<br>**Tomball, Texas  77377-1268** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $592.00 |
| ACCT #: <br>**Sprint**<br>**PO Box 4181**<br>**Carol Stream, IL  60197-4181** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $818.53 |
| ACCT #: <br>**Sprint Sand & Clay, LP**<br>**PO Box 4281 Dept. 4281-1**<br>**Houston, Texas  77210-4281** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $1,145.00 |
| ACCT #: <br>**Stewart Door Corporation**<br>**SDC Products**<br>**17030 West Little York**<br>**Houston, Texas  77084** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $6,264.64 |

Sheet no. ____23____ of ____27____ continuation sheets attached to                    **Subtotal >**    **$10,105.76**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              **Total >**
                                           **(Use only on last page of the completed Schedule F.)**
                                           **(Report also on Summary of Schedules and, if applicable, on the**
                                           **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Imperial Homes, Texas, Ltd.**                           Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Stock Building Supply of Texas**<br>**PO Box 847795**<br>**Dallas, Texas  75284-7795** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $26,047.72 |
| ACCT #:<br>**Suddenlink**<br>**PO Box 650027**<br>**Dallas, Texas  75265** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $51.70 |
| ACCT #:<br>**Tanks A Lot**<br>**PO Box 962**<br>**Tomball, Texas 77377-0962** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $160.00 |
| ACCT #:<br>**Telos Solutions, Inc.**<br>**PO Box 1353**<br>**Fredricksburg, Texas  78624** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $605.00 |
| ACCT #:<br>**Terrence Hartzell**<br>**45 Queen Mary Court**<br>**Sugar Land, Texas  77479** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $1,725.49 |
| ACCT #:<br>**Texas Environmental  Strategies Co. (TESCO)**<br>**5747 Glenmont Dr.**<br>**Houston, Texas  77081** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $8,292.00 |

Sheet no. ____24____ of ____27____ continuation sheets attached to          **Subtotal >**          $36,881.91
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                      **Total >**
                                              **(Use only on last page of the completed Schedule F.)**
                                  **(Report also on Summary of Schedules and, if applicable, on the**
                                  **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Imperial Homes, Texas, Ltd.**                                    Case No. _____

                                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Texas Tile & Flooring Inc.**<br>**3506 Parkside Dr.**<br>**Pearland, Texas  77584** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $3,374.06 |
| ACCT #:<br>**The Nelrod Company**<br>**3109 Lubbock Avenue**<br>**Fort Worth, TExas  76109** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $4,158.00 |
| ACCT #:<br>**TLR Services, Inc.**<br>**15629 Knotty Oaks Trail**<br>**Magnolia, Texas  77355** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $16,705.94 |
| ACCT #:<br>**Torres Service Cleaning Houses**<br>**5930 Doolittle**<br>**Houston, Texas  77033** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $206.40 |
| ACCT #:<br>**Town & Country**<br>**Brick & Supply Inc.**<br>**PO Box 406**<br>**Tomball, Texas  77354** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $22,939.54 |
| ACCT #:<br>**Trustmark National Bank**<br>**Bruce Barclay, Senior Vice President**<br>**10497 Town and Country Way, Ste. 860**<br>**Houston, Texas  77024** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | **Unknown** |

Sheet no. _____25_____ of _____27_____ continuation sheets attached to                                                          Subtotal >      $47,383.94
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                        Total >
                                                (Use only on last page of the completed Schedule F.)
                                    (Report also on Summary of Schedules and, if applicable, on the
                                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Imperial Homes, Texas, Ltd.**                    Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**TSG Consultant, INC.**<br>**2600 Gessner, Suite 282**<br>**Houston, Texas  77080b** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $3,801.83 |
| ACCT #:<br>**Universal Forest Product**<br>**Texas Ltd. Partnership**<br>**18602 Katy Freeway**<br>**Houston, Texas  77204-5019** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $158,877.00 |
| ACCT #:<br>**Verizon**<br>**PO Box 920041**<br>**Dallas, Texas  75392-0041** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $1,003.09 |
| ACCT #:<br>**Villareal Drywall, Inc.**<br>**517 Northville**<br>**Houston, Texas  77037** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $20,118.80 |
| ACCT #:<br>**Wesson Sand Co.**<br>**3800 Halik, #3**<br>**Pearland, Texas  77581** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $2,772.00 |
| ACCT #:<br>**West Star Drywall, Inc.**<br>**14041 West Rd., STe. 200**<br>**Houston, Texas  77041** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $10,023.48 |

Sheet no. ___26___ of ___27___ continuation sheets attached to      **Subtotal >**   $196,596.20

Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**

**(Use only on last page of the completed Schedule F.)**

**(Report also on Summary of Schedules and, if applicable, on the**

**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Imperial Homes, Texas, Ltd.**                                      Case No. _____

                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Windrose Land Services**<br>**3628 Westchase**<br>**Houston, Texas  77042** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $6,264.64 |
| ACCT #:<br>**Windstorm Services LLC**<br>**1510 Baggett Lane**<br>**Houston, Texas  77055** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $7,274.25 |
| ACCT #:<br>**Wisenbaker Builder Services**<br>**1703 Westfield Loop**<br>**Houston, Texas  77073-2409** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS:<br>**$13,571.00 is disputed.** | | | X | $148,249.00 |
| ACCT #:<br>**WM Security Services, Inc.**<br>**PO Box 932599**<br>**Atlanta, GA  31193** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $1,718.64 |
| ACCT #:<br>**Woodlands Pattern Concrete**<br>**50 Wind Whisper Court**<br>**The Woodland, Texas  77380** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business services or supplies**<br>REMARKS: | | | | $5,490.00 |
| ACCT #:<br>**Zenith Real Estate Services, Inc.**<br>**PO Box 42146**<br>**Houston, Texas  77242** | | DATE INCURRED:<br>CONSIDERATION:<br>**Office Lease**<br>REMARKS:<br>**Refer to Schedule G** | | | | $509,548.07 |

Sheet no. ____27____ of ____27____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | $678,544.60 |
| Total > | $5,743,058.25 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **Imperial Homes, Texas, Ltd.**                                    Case No. _____
                                                                                                      (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Dimension Leasing LC** 45 Queen Mary Court Sugarland, Texas  77479 | 17802 Placid Oak Court Cypress, Texas  77433 Contract to be REJECTED |
| **Dimension Leasing LC** 45 Queen Mary Court Sugarland, Texas  77479 | 24310 Hill Creek Falls Tomball, Texas  77375 Contract to be REJECTED |
| **Dimension Leasing LC** 45 Queen Mary Court Sugarland, Texas  77479 | 2706 Cottswold Manor Kingwood, Texas  77339 Contract to be REJECTED |
| **Dimension Leasing LC** 45 Queen Mary Court Sugarland, Texas  77479 | 11902 Southern Trail Court Pearland, Texas  77584 Contract to be REJECTED |
| **Dimension Leasing LC** 45 Queen Mary Court Sugarland, Texas  77479 | 6707 Auburn Sands Dr. Spring, Texas  77389 Contract to be REJECTED |

B6G (Official Form 6G) (12/07)

In re  **Imperial Homes, Texas, Ltd.**                    Case No. _____
                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Dimension Leasing LC** 45 Queen Mary Court Sugarland, Texas  77479 | 22602 Wixford Lane Tomball, Texas  77375 Contract to be REJECTED |
| **Dimension Leasing LC** 45 Queen Mary Court Sugarland, Texas  77479 | 25014 Auburn Bend Dr. Spring, Texas  77389 Contract to be REJECTED |
| **Dimension Leasing LC** 45 Queen Mary Court Sugarland, Texas 77479 | 25018 Auburn Bend Dr. Spring, Texas  77389 Contract to be REJECTED |
| **Dimension Leasing LC** 45 Queen Mary Court Sugarland, Texas  77479 | 20610 Great Pines Dr. Cypress, Texas  77433 Contract to be REJECTED |
| **Dimension Leasing LC** 45 Queen Mary Court Sugarland, Texas  77479 | 5014 Cove Court Bacliff, Texas  77518 Contract to be REJECTED |

B6G (Official Form 6G) (12/07)

In re  **Imperial Homes, Texas, Ltd.**                                    Case No. _____
                                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 2*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Dimension leasing LC**<br>45 Queen Mary Court<br>Sugarland, Texas  77479 | 5014 Cove Court<br>Bacliff, Texas  77518<br>Contract to be REJECTED |
| **Dimension Leasing LC**<br>45 Queen Mary Court<br>Sugarland, Texas  77479 | 30722 Legends Trace Drive<br>Spring, Texas  77389<br>Contract to be REJECTED |
| **Zenith Equity Group, LLC**<br>Successor to Realy Corp Int'l, Group Ltd<br>2900 Wilcrest, Suite 100<br>Houston, Texas  77042 | Office Lease<br>Expiring 4/30/2012<br>10,739 Richmond Ave., Ste. 400<br>Houston, Texas  77042<br>Contract to be REJECTED |

B6H (Official Form 6H) (12/07)

In re  **Imperial Homes, Texas, Ltd.**                                        Case No. _____

                                                                                                (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Terrence Hartzell**<br>45 Queen Mary Court<br>Sugar Land, Texas  77479 | **FDIC as Receiver for**<br>Franklin Bank, SSB<br>9800 Richmond Ave., Ste. 680<br>Houston, Texas  77042 |
| **Terrence Hartzell**<br>45 Queen Mary Court<br>Sugar Land, Texas  77479 | **Trustmark National Bank**<br>Bruce Barclay, Senior Vice President<br>10497 Town and Country Way, Ste. 860<br>Houston, Texas  77024 |
| **Terrence Hartzell**<br>45 Queen Mary Court<br>Sugar Land, Texas  77479 | **Charter Bank, a Federally Chartered**<br>Savings Bank<br>4400 Osuna Rd., NE<br>Albuquerque, NM  87192<br>Mike Cunningham |
| **Terrence Hartzell**<br>45 Queen Mary Court<br>Sugar Land, Texas  77479 | **Comerica Bank**<br>Paul Edmonds Vice President<br>910 Louisiana, Suite 300<br>Houston, Texas  77002 |
| **Terrence Hartzell**<br>45 Queen Mary Court<br>Sugar Land, Texas  77479 | **Compass Bank**<br>formerly Texas State Bank<br>Attn:  Gary Noble, Senior Vice President<br>5 Riverway<br>Houston, Texas  77056 |
| **Terrence Hartzell**<br>45 Queen Mary Court<br>Sugar Land, Texas  77479 | **Enterprise Bank**<br>Attn: Michael Peery Sr. Vice President<br>7125 Gulf Freeway<br>Houston, Texas  77087 |
| **Terrence Hartzell**<br>45 Queen Mary Court<br>Sugar Land, Texas  77479 | **First Bank, a Missouri State Bank**<br>Attn: Andrew Schmidt<br>11901 Olive Blvd.<br>St. Louis, MO  63141 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Imperial Homes, Texas, Ltd.**                    Case No. _____

                                                                              (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Terrence Hartzell**<br>45 Queen Mary Court<br>Sugar Land, Texas  77479 | **Moody National Bank**<br>Craig T. Barker, Ex. Vice President<br>2302 Post Office Street<br>Galveston, Texas  77550 |
| **Terrence Hartzell**<br>45 Queen Mary Court<br>Sugar Land, Texas  77479 | **Prosperity Bank**<br>Russell Lindsey<br>100 West Medical Center Blvd<br>Webster, Texas  77598 |
| **Terrence Hartzell**<br>45 Queen Mary Court<br>Sugar Land, Texas  77479 | **RBC Bank (USA) a North Carolina Banking**<br>Ken Shaw, Vice President<br>11011 Richmond Ave., Ste. 850<br>Houston, Texas  77042 |

B6 Summary (Official Form 6 - Summary) (12/07)

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

In re  **Imperial Homes, Texas, Ltd.**                                   Case No.

                                                                        Chapter    **7**


## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $3,217,878.00 | | |
| B - Personal Property | Yes | 4 | $1,752,107.51 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 13 | | $5,828,553.95 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | $60,924.99 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 28 | | $5,743,058.25 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| | TOTAL | 55 | $4,969,985.51 | $11,632,537.19 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Imperial Homes, Texas, Ltd.**                                        Case No. _____

                                                                                            (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ ***President of General Partner*** _____ of the _____ **Partnership** _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ **57** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date **02/09/2010** _____        Signature ___ **/s/ Terrence Hartzell** _____

                                                                                      ***Terrence Hartzell***
                                                                                      ***President of General Partner***

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Imperial Homes, Texas, Ltd.**                          Case No.   _____

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$10,825,000.00** | **2009 Imperial Homes Texas, Ltd. / Gross Income** |
| **$71,284,293.00** | **2008 Imperial Homes Texas, Ltd. / Gross Income** |
| **$90,589,299.00** | **2007 Imperial Homes Texas, Ltd. / Gross Income** |

**2. Income other than from employment or operation of business**

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☑

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐

b.  Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Compass Bank**<br>**24 Greenway Plaza #1402**<br>**Houston, Texas  77046** | **11/30/09**<br>**$165,433.77**<br>**11/30/09**<br>**$235,009.05** | **$400,442.82** | |
| **Dimension Leasing, L.C.**<br>**10555 Richmond Ave.**<br>**Houston, Texas  7742** | **11/25/09     $**<br>**9,820.00** | **$9,820.00** | **$612,801.76** |
| **Klein ISD**<br>**7200 Spring - Cypress Rd.**<br>**Klein, Texas  77379** | **11/30/09**<br>**$3,756.83**<br>**11/30/09**<br>**$4,816.91** | **$8,573.74** | **$25,900.91** |

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Imperial Homes, Texas, Ltd.**                     Case No. _____

                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

| | | | |
|---|---|---|---|
| **Oakmont PUD - Tax**<br>**PO Box 73109**<br>**Houston, Texas  77273-3109** | **11/30/09**<br>**$3,473.28**<br>**11/30/09**<br>**$4,455.09** | **$7,928.37** | **$13,740.39** |
| **Reynolds Tile & Flooring, INc.**<br>**5800 Centralcrest**<br>**Houston, Texas  77092** | **11/30/09**<br>**$2,751.51**<br>**11/30/09**<br>**$8,102.16** | **$10,853.66** | **$144,877.86** |
| **Universal Forest Product**<br>**Texas Ltd. Partnership**<br>**18602 Katy Freeway**<br>**Houston, Texas  77094** | **11/30/09**<br>**$16,925.83** | **$16,925.83** | **$158,877.00** |
| **Wisenbaker Builder Services, Ltd.**<br>**1703 Westfield Loop**<br>**Houston, Texas  77073-2409** | **11/30/09**<br>**$8,687.00** | **$8,687.00** | **$134,774.00** |
| **Holloway, Doyle**<br>**PO Box 422066**<br>**Houston, Texas  77242** | **11/30/09**<br>**$3,525.00**<br>**11/30/09**<br>**$5,100.00**<br>**01/19/10**<br>**$3,900.00** | **$12,525.00** | |
| **Remax Legends**<br>**5910 FM 2920**<br>**Spring, Texas  77388** | **11/30/09**<br>**$13,560.00** | **$13,560.00** | |
| **ING Life**<br>**909 Locust St.**<br>**Des Moines, IA  50309-2899** | **11/24/09**<br>**$5,756.16**<br>**12/24/09**<br>**$5,756.16** | **$11,512.32** | |
| **American Express**<br>**PO Box 650448**<br>**Dallas, Texas  75265-0448** | **11/21/09**<br>**$853.00**<br>**11/21/09**<br>**$370.71**<br>**01/26/10**<br>**$21,080.46** | **$22,304.17** | |
| **Anita Henry RTA**<br>**Cypress Fairbanks ISD**<br>**PO Box 203908**<br>**Housotn, Texas  77216-3908** | **01/26/10**<br>**$7,412.19** | **$7,412.19** | **$6,376.38** |
| **Leo Vasquez, TAC, Harris County**<br>**PO Box 4622**<br>**Houston, TExas  77244** | **11/30/09**<br>**$2,197.26**<br>**11/30/09**<br>**$2,807.62**<br>**12/30/09**<br>**$2,910.59**<br>**01/26/10**<br>**$3,148.42** | **$11,063.89** | **$30,350.87** |

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Imperial Homes, Texas, Ltd.**                          Case No. _____

                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

| | | | |
|---|---|---|---|
| **JR Moore Jr Tax Assess - Collect**<br>**Montgomery County Tax Office**<br>**400 N. San Jacinto**<br>**Conroe, Texas  77301** | **01/15/10**<br>**$5,099.44**<br>**01/15/10**<br>**$  876.56** | **$5,976.00** | **$4,031.04** |
| **Aviva Life**<br>**611 5th Ave.**<br>**PO Box 10433**<br>**Des Moines, IA  50306-0433** | **11/24/09**<br>**$3,171.44**<br>**12/24/09**<br>**$3,171.44**<br>**01/24/10**<br>**$3,171.44** | **$9,514.32** | **$0.00** |
| **Boral Brick, Inc.**<br>**PO Box 101447**<br>**Atlanta, GA  30392-1447** | **02/08/10** | **$8,420.63** | **$45,051.37** |

None
☑   c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐   a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND<br>CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **935862 / Bradford Brothers Underground Services, Inc. vs. Imperial Homes Texas, Ltd., et al** | **($57,764.00) - Contingent asset.** | **CCL #3** | |
| **09-05378 / Fashion Glass & Mirror LLC vs. Imperial Homes Texas, Ltd.** | **($13,868.00) Contingent Asset.** | **14-A District Court, Dallas County, Texas** | **Settlement Agreement** |
| **09-20908 / Villareal Drywall Inc. vs. Imperial Homes Texas, Ltd.** | **($20,118.80)** | **District Court 113, Harris County, Texas** | **Settlement Agreement. (06/09)** |
| **09CV0144 / Joe Valdez vs. Old Redfish Farm, Imperial Homes Texas, Ltd. and Imperial Homes, Inc.** | **Answered 6/18/09 seeking dismissal of Imperial Homes** | **10th District Court, Galveston County, Texas** | **Unknown** |
| **2008-02665 / Imperial Homes Texas, Ltd. vs. Bateman & Hart** | | **333rd District Court Harris County, Texas** | **$1,500,000.00** |
| **Bateman & Hart vs. Imperial Homes Texas, Ltd.** | **$2,000,000.00 Contingent Asset.** | | |
| **2009-20352 / Imperial Homes Texas, Ltd. vs. CL Ashton Woods, LP** | **$144K EM is held by the Court.** | **152nd District Court, Harris County, Texas** | **$144,000.00** |

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Imperial Homes, Texas, Ltd.**                          Case No. _____

                                                                              (if known)

**STATEMENT OF FINANCIAL AFFAIRS**
*Continuation Sheet No. 3*

| | | | |
|---|---|---|---|
| 2009-20352 / CL Ashton Woods, LP vs. Imperial Homes Texas, Ltd. | $144,000.00 EM is held by the Court | 152nd District Court, Harris County, Texas | pending |
| CVS2 0285068 / Eric and Deyaniva Martinez vs. Imperial Homes Texas, ltd. and Imperial Homes, Inc. | Default Judgment of 9/09 approx. $5.4k on $1k EM | Justice Court of Harris County, Pct 5, Place 2 | $5,400.00 |
| 09-02-01798 / Lydia Maldonado vs. Imperial Homes Texas, ltd. and Imperial Homes, Inc. | Filed motion to abate 4/xx/09. PH requested a motion for continuance 8/12/09 | 9th District Court Montgomery County, Texas | Pending. |
| 2009-04062 RF's Houston Carpet Service vs. Imperial Homes Texas, Ltd. | Dismissed with Prejudice 4/14/09 | 157th District Court Harris County | $222,448.00 |
| 2008-34694 / David B. and Beatrice Cota, Joshua and Michelle Rathwig vs. Kuykendahl Investments, LP et al (including Imperial Homes Texas, Ltd.) | unliquidated claim | 125th District Court Harris County, Texas | pending. |
| 7011DE00358-09 and 951079 / Kery & Lolita Christopher vs. Imperial Homes Inc. a/k/a Including Imperial Homes Texas, Ltd. | Amended petition to confirm arbitrators award filed 11/9/09 | Civil Court 3 Harris County, Texas | ($9,680.02) |
| 2009-81780 / Klein Independent School District vs. Imperial Homes Texas, ltd. | Answer due 02/01/10 | 215th District Court of Harris County, Texas | $147,765.80 |
| 2009-79760 / Wisenbaker Builder Services, Inc. vs. Imperial Homes, Inc. & Imperial Homes Texas, Ltd. | Suit filed 12/16/09 answer date unknown | 152nd District Court, Harris County, Texas | $148,249.00 |
| SC41C0172337 - Jeffrey and Jennifer Briggs vs. Imperial Homes | $1,000.00 | Justice Court fo Harris County Pct. 4, Position 1 | Citation 9/3/09 Unanswered |

None
☑     b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding
        the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or
        both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Imperial Homes, Texas, Ltd.**                                          Case No.   _____

                                                                                                       (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

None
☐

### 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER<br>See attached Exhibit. | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|

---

None
☑

### 6. Assignments and receiverships

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

### 7. Gifts

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

### 8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☐

### 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYER IF<br>OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION<br>AND VALUE OF PROPERTY |
|---|---|---|
| Cage, Hill & Niehaus, L.L.P.<br>5851 San Felipe, Ste. 950<br>Houston, TX 77057 | 09/24/2009 | $12,799.00 |

---

None
☑

### 10. Other transfers

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

In re:   **Imperial Homes, Texas, Ltd.**                                    Case No.   _____

                                                                                                    (if known)

**STATEMENT OF FINANCIAL AFFAIRS**
*Continuation Sheet No. 5*

---

None

☑   b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None

☑   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None

☑   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None

☑   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None

☑   List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None

☑   If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None

☑   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Imperial Homes, Texas, Ltd.**                                      Case No.   _____

                                                                                                                       (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑
a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☑
b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☑
c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

None
☑
### 18. Nature, location and name of business

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

---

None
☑
b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (12/07) - Cont.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re:   **Imperial Homes, Texas, Ltd.**                               Case No.   _____

                                                                                                  (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None ☐

a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Laura Chalfant**<br>**10 Thetford**<br>**Sugar Land, Texas  77479** | **2/24/05 - 8/20/09** |
| **Terri Gutierez**<br>**15503 Kellan Court**<br>**Cypress, Texas  77429** | **03/31/06 - 08/14/09** |

---

None ☑

b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☑

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None ☑

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

### 20. Inventories

None ☑

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑

b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☑

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☑

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

B7 (Official Form 7) (12/07) - Cont.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re:   **Imperial Homes, Texas, Ltd.**                              Case No.   _____

                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 8*

---

None
☑

**22. Former partners, officers, directors and shareholders**

a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☑

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

None
☑

**23. Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

None
☑

**24. Tax Consolidation Group**

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

None
☑

**25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **02/09/2010**                                   Signature   **/s/ Terrence Hartzell**

                                                                   *Terrence Hartzell*
                                                                   *President of General Partner*

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

STATEMENT OF FINANCIAL AFFAIRS - 5.  "...foreclosures..." HOMES

| Subdivision | Street# | StreetAddress | Lot | Block | Section | DrawnToDate | LenderFull |
|---|---|---|---|---|---|---|---|
| Barrington | 1207 | Eversham Way | 35 | 2 | 1 | 331,200.00 | First Bank |
| Auburn Lakes Pines | 25218 | Hawthorne Blossom Drive | 19 | 4 | 3 | 186,367.80 | Moody Bank |
| Auburn Lakes Pines | 6519 | Loblolly Vista Drive | 2 | 5 | 3 | 186,367.82 | Moody Bank |
| Barrington | 2938 | South Cotswold Manor Drive | 11 | 1 | 2 | 334,268.39 | Moody Bank |
| Barrington | 2832 | South Cotswold Manor Drive | 2 | 1 | 2 | 399,283.95 | Moody Bank |
| Barrington | 2838 | South Cotswold Manor Drive | 3 | 1 | 2 | 407,194.82 | Moody Bank |
| Fairmont Park | 10402 | Tree Hollow Circle | 26 | 1 | 12 | 140,800.00 | Moody Bank |
| Barrington | 1206 | Hamlet Way | 108 | 2 | 2 | 298,038.29 | Moody Bank |
| Estates at Creeks End | 19419 | Creek Run Drive | 1 | 2 | 1 | 213,141.86 | Moody Bank |
| Estates at Creeks End | 19523 | Creek Run Drive | 6 | 1 | 1 | 212,886.57 | Moody Bank |
| Lone Oak | 17911 | Oakfield Glen Lane | 12 | 5 | 4 | 168,831.67 | Moody Bank |
| Lone Oak | 17903 | Oakfield Glen Lane | 13 | 5 | 4 | 211,941.83 | Moody Bank |
| Lone Oak | 17823 | Oakfield Glen Lane | 14 | 5 | 4 | 208,000.00 | Moody Bank |
| Estates of Legends Trace | 30711 | Eastridge Drive | 22 | 1 | 1 | 187,977.69 | Moody Bank |
| Twin Oaks | 409 | Holly Branch Lane | 36 | 1 | 2 | 145,061.61 | Moody Bank |
| Auburn Lakes Retreat | 25214 | Summer Chase Drive | 1 | 2 | 2 | 256,696.45 | Moody Bank |
| Auburn Lakes Retreat | 25207 | Summer Chase Drive | 6 | 1 | 2 | 160,901.10 | Moody Bank |
| Canyon Gate at Legends Ranch | 3202 | Serein Meadows Drive | 1 | 2 | 8 | 150,541.02 | Moody Bank |
| Edgewater Park - 50 | 5030 | Gulf Stream Lane | 33 | 1 | 1 | 131,635.65 | Moody Bank |
| Wimbledon Falls | 9207 | Forest Creek Drive | 19 | 3 | 3 | 193,214.14 | Prosperity |
| Auburn Lakes Pines | 6403 | Pinyon Trail Drive | 27 | 4 | 3 | 147,519.34 | RBC Finance |
| Barrington | 2826 | South Cotswold Manor Drive | 1 | 1 | 2 | 328,611.11 | RBC Finance |
| Canyon Gate at Legends Ranch | 3211 | Serein Meadows Drive | 3 | 1 | 8 | 164,608.18 | RBC Finance |
| Canyon Gate at Legends Ranch | 3219 | Linder Green Drive | 6 | 3 | 8 | 154,389.21 | RBC Finance |
| Canyon Gate at Park Lakes | 4303 | Walden Terrace Lane | 38 | 1 | 9 | 168,269.42 | RBC Finance |
| Canyon Lakes West | 8810 | Clemens Drive | 2 | 2 | 3 | 166,712.57 | RBC Finance |
| Canyon Lakes West | 8734 | Clemens Drive | 16 | 2 | 3 | 196,997.98 | RBC Finance |
| Champion Woods Estates | 7718 | Oak Moss Drive | 8 | 1 | 2 | 293,685.03 | RBC Finance |
| Estates at Creeks End | 19302 | Brittany Creek Drive | 6 | 4 | 1 | 163,161.78 | RBC Finance |
| Barrington | 1218 | Hamlet Way | 111 | 2 | 2 | 236,132.93 | Regions Bank |
| Edgewater Park - 50 | 5047 | Bay Lane | 38 | 1 | 1 | 113,085.50 | Regions Bank |
| Estates at Creeks End | 19327 | Brittany Creek Drive | 10 | 4 | 1 | 233,327.73 | Regions Bank |
| Estates of Legends Trace | 30702 | Eastridge Drive | 19 | 1 | 1 | 169,966.92 | Regions Bank |
| Estates of Legends Trace | 30727 | Dodson Trace Drive | 38 | 1 | 1 | 179,664.91 | Regions Bank |
| Southern Trails | 12505 | Pepper Creek Lane | 40 | 2 | 7 | 159,048.99 | Regions Bank |
| Wimbledon Falls | 9210 | Indian Creek Falls | 27 | 2 | 3 | 182,840.75 | Regions Bank |
| Canyon Gate at Legends Ranch | 3227 | Legends Mist Drive | 20 | 1 | 8 | 141,337.70 | Compass - Texas State Bank |
| Canyon Gate at Park Lakes | 4807 | Loggia Lane | 7 | 1 | 6 | 283,547.00 | Trustmark Bank |
| Canyon Gate at Park Lakes | 4718 | Loggia Lane | 31 | 1 | 6 | 226,237.00 | Trustmark Bank |
| Canyon Gate at Park Lakes | 9715 | Alyssa Court | 29 | 1 | 6 | 250,966.00 | Trustmark Bank |
| Canyon Gate at Park Lakes | 4302 | Walden Terrace Lane | 37 | 1 | 9 | 62,155.16 | Trustmark Bank |
| Edgewater Park - 50 | 5022 | Gulf Stream Lane | 31 | 1 | 1 | 136,919.24 | Trustmark Bank |
| Edgewater Park - 50 | 5015 | Bay Lane | 46 | 1 | 1 | 131,669.24 | Trustmark Bank |
| Estates of Legends Trace | 30719 | Dodson Trace Drive | 36 | 1 | 1 | 187,671.58 | Trustmark Bank |
| Estates of Legends Trace | 30723 | Dodson Trace Drive | 37 | 1 | 1 | 149,321.58 | Trustmark Bank |
| Fairmont Park | 3722 | Apple Tree Circle West | 8 | 3 | 12 | 35,053.04 | Trustmark Bank |
| Inverness Estates | 22722 | Wixford Lane | 52 | 2 | 6 | 200,324.62 | Trustmark Bank |
| Inverness Estates | 22715 | Wixford Lane | 44 | 2 | 6 | 188,036.14 | Trustmark Bank |
| Inverness Estates | 9611 | Tangler Court | 19 | 2 | 6 | 164,935.33 | Trustmark Bank |
| Southern Trails | 3107 | Birch Landing Court | 24 | 3 | 7 | 84,038.00 | Trustmark Bank |
| Twin Oaks | 321 | Holly Branch Lane | 22 | 1 | 2 | 182,894.00 | Trustmark Bank |
| Twin Oaks | 431 | Holly Branch Lane | 47 | 1 | 2 | 166,999.09 | Trustmark Bank |
| Total | | | | | | 10,174,477.73 | |

**EXHIBIT**

tabbies

SOFA 5

**STATEMENT OF FINANCIAL AFFAIRS - 5. "...foreclosures..." LOTS**

| Subdivision | Street# | StreetAddress | Lot | Block | Section | LotDrawnTodate | LenderFull |
|---|---|---|---|---|---|---|---|
| Wimbledon Falls | 24198 | Pine Canyon Falls | 1 | 1 | 3 | 32,633.40 | Enterprise Bank |
| Wimbledon Falls | 24194 | Pine Canyon Falls | 2 | 1 | 3 | 32,634.89 | Enterprise Bank |
| Wimbledon Falls | 24210 | North Riding Drive | 4 | 1 | 3 | 32,648.57 | Enterprise Bank |
| Wimbledon Falls | 24206 | North Riding Drive | 5 | 1 | 3 | 32,631.56 | Enterprise Bank |
| Estates of Legends Trace | 30718 | Eastridge Drive | 15 | 1 | 1 | 40,950.00 | Enterprise Bank |
| Estates of Legends Trace | 30706 | Eastridge Drive | 18 | 1 | 1 | 40,950.00 | Enterprise Bank |
| Estates of Legends Trace | 30703 | Eastridge Drive | 20 | 1 | 1 | 40,950.00 | Enterprise Bank |
| Estates of Legends Trace | 30707 | Eastridge Drive | 21 | 1 | 1 | 40,950.00 | Enterprise Bank |
| Estates of Legends Trace | 30715 | Eastridge Drive | 23 | 1 | 1 | 40,950.00 | Enterprise Bank |
| Estates of Legends Trace | 30719 | Eastridge Drive | 24 | 1 | 1 | 40,950.00 | Enterprise Bank |
| Estates of Legends Trace | 30723 | Eastridge Drive | 25 | 1 | 1 | 40,950.00 | Enterprise Bank |
| Estates of Legends Trace | 30722 | Dodson Trace Drive | 26 | 1 | 1 | 40,950.00 | Enterprise Bank |
| Estates of Legends Trace | 30718 | Dodson Trace Drive | 27 | 1 | 1 | 40,950.00 | Enterprise Bank |
| Estates of Legends Trace | 30714 | Dodson Trace Drive | 28 | 1 | 1 | 40,950.00 | Enterprise Bank |
| Estates of Legends Trace | 30710 | Dodson Trace Drive | 29 | 1 | 1 | 40,950.00 | Enterprise Bank |
| Estates of Legends Trace | 30706 | Dodson Trace Drive | 30 | 1 | 1 | 40,950.00 | Enterprise Bank |
| Estates of Legends Trace | 30702 | Dodson Trace Drive | 31 | 1 | 1 | 40,950.00 | Enterprise Bank |
| Estates of Legends Trace | 2703 | Angela Way Drive | 41 | 1 | 1 | 40,950.00 | Enterprise Bank |
| Wimbledon Falls | 24406 | Pine Canyon Falls Circle | 5 | 1 | 4 | 44,136.79 | Enterprise Bank |
| Wimbledon Falls | 9211 | Running Eagle Falls | 1 | 2 | 5 | 35,043.59 | Enterprise Bank |
| South Shore Harbour | 615 | Manor Ridge Lane | 13 | 3 | 6031 | 27,594.43 | Enterprise Bank |
| South Shore Harbour | 617 | Manor Ridge Lane | 14 | 3 | 6031 | 27,590.37 | Enterprise Bank |
| South Shore Harbour | 619 | Manor Ridge Lane | 15 | 3 | 6031 | 27,599.90 | Enterprise Bank |
| South Shore Harbour | 3034 | Spring Hill Lane | 2 | 2 | 60321 | 27,727.53 | Enterprise Bank |
| South Shore Harbour | 3038 | Spring Hill Lane | 4 | 2 | 60321 | 27,727.53 | Enterprise Bank |
| South Shore Harbour | 3042 | Spring Hill Lane | 6 | 2 | 60321 | 27,796.18 | Enterprise Bank |
| South Shore Harbour | 3039 | Spring Hill Lane | 1 | 3 | 60321 | 27,742.55 | Enterprise Bank |
| South Shore Harbour | 3037 | Spring Hill Lane | 2 | 3 | 60321 | 27,724.71 | Enterprise Bank |
| South Shore Harbour | 3035 | Spring Hill Lane | 3 | 3 | 60321 | 27,724.71 | Enterprise Bank |
| South Shore Harbour | 3033 | Spring Hill Lane | 4 | 3 | 60321 | 27,724.71 | Enterprise Bank |
| South Shore Harbour | 3031 | Spring Hill Lane | 5 | 3 | 60321 | 27,724.71 | Enterprise Bank |
| Inverness Estates | 22734 | Wixford Lane | 49 | 2 | 6 | 39,057.66 | Enterprise Bank |
| Inverness Estates | 22730 | Wixford Lane | 50 | 2 | 6 | 39,017.25 | Enterprise Bank |
| Inverness Estates | 22726 | Wixford Lane | 51 | 2 | 6 | 39,053.57 | Enterprise Bank |
| Inverness Estates | 9511 | Ashmond Lane | 18 | 1 | 6 | 43,877.72 | Enterprise Bank |
| Canyon Gate at Park Lakes | 9838 | Pennymill Drive | 13 | 1 | 9 | 45,755.87 | Enterprise Bank |
| Canyon Gate at Park Lakes | 9830 | Pennymill Drive | 15 | 1 | 9 | 45,754.87 | Enterprise Bank |
| Canyon Gate at Park Lakes | 9822 | Pennymill Drive | 17 | 1 | 9 | 45,754.29 | Enterprise Bank |
| Canyon Gate at Park Lakes | 9802 | Pennymill Drive | 22 | 1 | 9 | 45,787.17 | Enterprise Bank |
| Canyon Gate at Park Lakes | 9803 | Pennymill Drive | 23 | 1 | 9 | 45,772.00 | Enterprise Bank |
| Canyon Gate at Park Lakes | 9811 | Pennymill Drive | 25 | 1 | 9 | 47,340.64 | Enterprise Bank |
| Canyon Gate at Park Lakes | 9815 | Pennymill Drive | 26 | 1 | 9 | 45,773.57 | Enterprise Bank |
| Canyon Gate at Park Lakes | 4314 | Maple Gables Lane | 27 | 1 | 9 | 45,752.86 | Enterprise Bank |
| Twin Oaks | 425 | Holly Branch Lane | 44 | 1 | 2 | 40,497.54 | Enterprise Bank |
| Twin Oaks | 427 | Holly Branch Lane | 45 | 1 | 2 | 40,497.54 | Enterprise Bank |
| Twin Oaks | 2087 | Silverthorn Lane | 2 | 2 | 2 | 40,484.55 | Enterprise Bank |
| Twin Oaks | 2085 | Silverthorn Lane | 3 | 2 | 2 | 40,485.02 | Enterprise Bank |
| Inverness Estates | 9507 | Ashmond Lane | 17 | 1 | 6 | 42,721.21 | Enterprise Bank |
| Inverness Estates | 22610 | Tangler Lane | 9 | 3 | 6 | 41,838.29 | Enterprise Bank |
| Inverness Estates | 22606 | Tangler Lane | 10 | 3 | 6 | 41,820.21 | Enterprise Bank |
| Twin Oaks | 429 | Holly Branch Lane | 46 | 1 | 2 | 40,898.12 | Enterprise Bank |
| Twin Oaks | 2089 | Silverthorn Lane | 1 | 2 | 2 | 40,889.77 | Enterprise Bank |
| Southern Trails | 12502 | Pepper Creek Lane | 4 | 1 | 7 | 55,162.00 | Enterprise Bank |
| Southern Trails | 12417 | Clover Creek Lane | 26 | 2 | 7 | 55,162.00 | Enterprise Bank |
| Southern Trails | 3002 | Decker Field Lane | 27 | 2 | 7 | 55,162.00 | Enterprise Bank |
| Southern Trails | 3009 | Mason Grove Lane | 13 | 2 | 7 | 52,447.00 | Enterprise Bank |
| Southern Trails | 3004 | Decker Field Lane | 28 | 2 | 7 | 52,447.00 | Enterprise Bank |
| Twin Oaks | 2086 | Silverthorn Lane | 3 | 1 | 2 | 41,778.77 | Enterprise Bank |
| Twin Oaks | 2090 | Silverthorn Lane | 1 | 1 | 2 | 41,769.23 | Enterprise Bank |
| Estates at Creeks End | 19534 | Creek Bend Drive | 9 | 3 | 1 | 36,771.85 | Enterprise Bank |
| Wimbledon Falls | 24427 | Split Rock Falls | 23 | 1 | 2 | 24,147.54 | Enterprise Bank |
| Wimbledon Falls | 24419 | Split Rock Falls | 25 | 1 | 2 | 26,500.25 | Enterprise Ba |

**EXHIBIT**

SOFA 5

tabbies

**STATEMENT OF FINANCIAL AFFAIRS - 5. "...foreclosures..." LOTS**

| Subdivision | Street# | StreetAddress | Lot | Block | Section | LotDrawnTodate | LenderFull |
|---|---|---|---|---|---|---|---|
| Wimbledon Falls | 24415 | Split Rock Falls | 26 | 1 | 2 | 26,428.53 | Enterprise Bank |
| Wimbledon Falls | 24411 | Split Rock Falls | 27 | 1 | 2 | 24,147.54 | Enterprise Bank |
| Wimbledon Falls | 24407 | Split Rock Falls | 28 | 1 | 2 | 24,147.54 | Enterprise Bank |
| Lone Oak | 18018 | Gable Oak Lane | 29 | 2 | 5 | 31,428.00 | Enterprise Bank |
| Lone Oak | 17934 | Gable Oak Lane | 34 | 2 | 5 | 31,428.00 | Enterprise Bank |
| Barrington | 1223 | Eversham Way | 31 | 2 | 1 | 71,502.00 | Enterprise Bank |
| Lone Oak | 17918 | Gable Oak Lane | 38 | 2 | 5 | 31,742.00 | Enterprise Bank |
| Barrington | 1202 | Hamlet Way | 107 | 2 | 2 | 68,861.00 | Enterprise Bank |
| Barrington | 1210 | Hamlet Way | 109 | 2 | 2 | 68,861.00 | Enterprise Bank |
| Barrington | 1214 | Hamlet Way | 110 | 2 | 2 | 75,415.00 | Enterprise Bank |
| Barrington | 1215 | Hamlet Way | 113 | 2 | 2 | 75,415.00 | Enterprise Bank |
| Barrington | 1211 | Hamlet Way | 114 | 2 | 2 | 68,861.00 | Enterprise Bank |
| Wimbledon Falls | 9219 | Forest Creek Drive | 16 | 3 | 3 | 28,785.86 | Prosperity |
| Estates at Creeks End | 19306 | Creek Bend Drive | 28 | 4 | 1 | 28,227.88 | RBC Finance |
| Auburn Lakes Reserve | 6710 | Montay Bay Drive | 17 | 1 | 2 | 46,003.00 | Compass - Texas State Bank |
| Auburn Lakes Reserve | 6706 | Montay Bay Drive | 18 | 1 | 2 | 46,003.00 | Compass - Texas State Bank |
| Auburn Lakes Reserve | 6702 | Montay Bay Drive | 19 | 1 | 2 | 46,003.00 | Compass - Texas State Bank |
| Auburn Lakes Reserve | 6731 | Montay Bay Drive | 1 | 2 | 2 | 46,003.00 | Compass - Texas State Bank |
| Auburn Lakes Reserve | 25807 | Northcrest Drive | 10 | 2 | 2 | 46,003.00 | Compass - Texas State Bank |
| Auburn Lakes Reserve | 6715 | Northcrest Court | 14 | 2 | 2 | 46,003.00 | Compass - Texas State Bank |
| Auburn Lakes Reserve | 6711 | Northcrest Court | 15 | 2 | 2 | 46,003.00 | Compass - Texas State Bank |
| Auburn Lakes Reserve | 25210 | Nichilo Drive | 19 | 2 | 2 | 46,003.00 | Compass - Texas State Bank |
| Auburn Lakes Reserve | 25218 | Nichilo Drive | 20 | 2 | 2 | 46,003.00 | Compass - Texas State Bank |
| Auburn Lakes Reserve | 25218 | Auburn Bend Drive | 2 | 5 | 2 | 46,003.00 | Compass - Texas State Bank |
| Canyon Gate at Legends Ranch | 3215 | Serein Meadows Drive | 2 | 1 | 8 | 31,050.00 | Compass - Texas State Bank |
| Canyon Gate at Legends Ranch | 3210 | Serein Meadows Drive | 3 | 2 | 8 | 31,050.00 | Compass - Texas State Bank |
| Canyon Gate at Legends Ranch | 3214 | Serein Meadows Drive | 4 | 2 | 8 | 31,050.00 | Compass - Texas State Bank |
| Canyon Gate at Legends Ranch | 3215 | Meline Fields Drive | 7 | 2 | 8 | 31,050.00 | Compass - Texas State Bank |
| Canyon Gate at Legends Ranch | 3207 | Meline Fields Drive | 9 | 2 | 8 | 31,050.00 | Compass - Texas State Bank |
| Canyon Gate at Legends Ranch | 3203 | Meline Fields Drive | 10 | 2 | 8 | 31,050.00 | Compass - Texas State Bank |
| Canyon Gate at Legends Ranch | 3206 | Meline Fields Drive | 2 | 3 | 8 | 31,050.00 | Compass - Texas State Bank |
| Canyon Gate at Legends Ranch | 3210 | Meline Fields Drive | 3 | 3 | 8 | 31,050.00 | Compass - Texas State Bank |
| Canyon Gate at Legends Ranch | 3214 | Meline Fields Drive | 4 | 3 | 8 | 31,050.00 | Compass - Texas State Bank |
| Canyon Gate at Legends Ranch | 3215 | Linder Green Drive | 7 | 3 | 8 | 31,050.00 | Compass - Texas State Bank |
| Canyon Gate at Legends Ranch | 3211 | Linder Green Drive | 8 | 3 | 8 | 31,050.00 | Compass - Texas State Bank |
| Canyon Gate at Park Lakes | 4707 | Loggia Lane | 2 | 1 | 6 | 56,699.00 | Compass - Texas State Bank |
| Canyon Gate at Park Lakes | 4711 | Loggia Lane | 3 | 1 | 6 | 56,699.00 | Compass - Texas State Bank |
| Canyon Gate at Park Lakes | 4310 | Maple Gables Lane | 28 | 1 | 9 | 45,134.00 | Compass - Texas State Bank |
| Canyon Gate at Park Lakes | 4306 | Maple Gables Lane | 29 | 1 | 9 | 54,134.00 | Compass - Texas State Bank |
| Canyon Gate at Park Lakes | 4303 | Maple Gables Lane | 30 | 1 | 9 | 54,134.00 | Compass - Texas State Bank |
| Canyon Lakes West | 8735 | Clemens Drive | 17 | 1 | 3 | 39,284.00 | Compass - Texas State Bank |
| Canyon Lakes West | 8803 | Clemens Drive | 18 | 1 | 3 | 39,284.00 | Compass - Texas State Bank |
| Canyon Lakes West | 8807 | Clemens Drive | 19 | 1 | 3 | 39,284.00 | Compass - Texas State Bank |
| Canyon Lakes West | 8811 | Clemens Drive | 20 | 1 | 3 | 39,284.00 | Compass - Texas State Bank |
| Canyon Lakes West | 8815 | Clemens Drive | 21 | 1 | 3 | 39,284.00 | Compass - Texas State Bank |
| Canyon Lakes West | 8819 | Clemens Drive | 22 | 1 | 3 | 40,211.00 | Compass - Texas State Bank |
| Canyon Lakes West | 20734 | Cupshire Drive | 23 | 1 | 3 | 40,211.00 | Compass - Texas State Bank |
| Canyon Lakes West | 20730 | Cupshire Drive | 24 | 1 | 3 | 40,211.00 | Compass - Texas State Bank |
| Canyon Lakes West | 20726 | Cupshire Drive | 25 | 1 | 3 | 40,211.00 | Compass - Texas State Bank |
| Canyon Lakes West | 20722 | Cupshire Drive | 26 | 1 | 3 | 40,211.00 | Compass - Texas State Bank |
| Canyon Lakes West | 20718 | Cupshire Drive | 27 | 1 | 3 | 40,211.00 | Compass - Texas State Bank |
| Canyon Lakes West | 20714 | Cupshire Drive | 28 | 1 | 3 | 40,211.00 | Compass - Texas State Bank |
| Canyon Lakes West | 20710 | Cupshire Drive | 29 | 1 | 3 | 40,211.00 | Compass - Texas State Bank |
| Canyon Lakes West | 8814 | Clemens Drive | 3 | 2 | 3 | 40,211.00 | Compass - Texas State Bank |
| Canyon Lakes West | 20723 | Cupshire Drive | 4 | 2 | 3 | 40,211.00 | Compass - Texas State Bank |
| Canyon Lakes West | 20715 | Cupshire Drive | 5 | 2 | 3 | 40,211.00 | Compass - Texas State Bank |
| Canyon Lakes West | 20707 | Cupshire Drive | 6 | 2 | 3 | 40,211.00 | Compass - Texas State Bank |
| Canyon Lakes West | 20703 | Tipshire Lane | 18 | 2 | 3 | 40,211.00 | Compass - Texas State Bank |
| Canyon Lakes West | 20706 | Tipshire Lane | 19 | 2 | 3 | 40,211.00 | Compass - Texas State Bank |
| Champion Woods Estates | 16811 | Fondness Park Drive | 22 | 2 | 2 | 48,601.00 | Compass - Texas State Bank |
| Champion Woods Estates | 16803 | Fondness Park Drive | 24 | 2 | 2 | 48,601.00 | Compass - Texas State Bank |
| Champion Woods Estates | 7822 | Oak Moss Drive | 1 | 1 | 2 | 51,300.00 | Compass - Texas State Bank |

SOFA 5

**STATEMENT OF FINANCIAL AFFAIRS - 5. "...foreclosures..." LOTS**

| Subdivision | Street# | StreetAddress | Lot | Block | Section | LotDrawnTodate | LenderFull |
|---|---|---|---|---|---|---|---|
| Champion Woods Estates | 7814 | Oak Moss Drive | 3 | 1 | 2 | 51,300.00 | Compass - Texas State Bank |
| Champion Woods Estates | 7810 | Oak Moss Drive | 4 | 1 | 2 | 51,300.00 | Compass - Texas State Bank |
| Champion Woods Estates | 7802 | Oak Moss Drive | 6 | 1 | 2 | 51,300.00 | Compass - Texas State Bank |
| Champion Woods Estates | 7819 | Oak Moss Drive | 1 | 2 | 2 | 51,300.00 | Compass - Texas State Bank |
| Champion Woods Estates | 7815 | Oak Moss Drive | 2 | 2 | 2 | 51,300.00 | Compass - Texas State Bank |
| Champion Woods Estates | 7811 | Oak Moss Drive | 3 | 2 | 2 | 51,300.00 | Compass - Texas State Bank |
| Champion Woods Estates | 7807 | Oak Moss Drive | 4 | 2 | 2 | 51,300.00 | Compass - Texas State Bank |
| Champion Woods Estates | 7803 | Oak Moss Drive | 5 | 2 | 2 | 51,300.00 | Compass - Texas State Bank |
| Champion Woods Estates | 7723 | Oak Moss Drive | 6 | 2 | 2 | 51,300.00 | Compass - Texas State Bank |
| Champion Woods Estates | 7719 | Oak Moss Drive | 7 | 2 | 2 | 51,300.00 | Compass - Texas State Bank |
| Champion Woods Estates | 7715 | Oak Moss Drive. | 8 | 2 | 2 | 51,300.00 | Compass - Texas State Bank |
| Champion Woods Estates | 7711 | Oak Moss Drive | 9 | 2 | 2 | 51,300.00 | Compass - Texas State Bank |
| Edgewater Park - 50 | 5011 | Gulf Stream Lane | 23 | 1 | 1 | 29,640.00 | Compass - Texas State Bank |
| Edgewater Park - 50 | 5007 | Gulf Stream Lane | 24 | 1 | 1 | 29,640.00 | Compass - Texas State Bank |
| Edgewater Park - 50 | 5003 | Gulf Stream Lane | 25 | 1 | 1 | 29,640.00 | Compass - Texas State Bank |
| Edgewater Park - 50 | 5011 | Bay Lane | 47 | 1 | 1 | 29,640.00 | Compass - Texas State Bank |
| Edgewater Park - 50 | 5007 | Bay Lane | 48 | 1 | 1 | 29,640.00 | Compass - Texas State Bank |
| Edgewater Park - 50 | 5003 | Bay Lane | 49 | 1 | 1 | 29,640.00 | Compass - Texas State Bank |
| Edgewater Park - 50 | 202 | Gulf Winds Drive | 50 | 1 | 1 | 29,640.00 | Compass - Texas State Bank |
| Edgewater Park - 50 | 206 | Gulf Winds Drive | 51 | 1 | 1 | 29,640.00 | Compass - Texas State Bank |
| Edgewater Park - 50 | 210 | Gulf Winds Drive | 52 | 1 | 1 | 29,640.00 | Compass - Texas State Bank |
| Edgewater Park - 50 | 214 | Gulf Winds Drive | 53 | 1 | 1 | 29,640.00 | Compass - Texas State Bank |
| Edgewater Park - 50 | 5010 | Bay Lane | 1 | 2 | 1 | 29,640.00 | Compass - Texas State Bank |
| Edgewater Park - 50 | 5014 | Bay Lane | 2 | 2 | 1 | 29,640.00 | Compass - Texas State Bank |
| Edgewater Park - 50 | 5018 | Bay Lane | 3 | 2 | 1 | 29,640.00 | Compass - Texas State Bank |
| Edgewater Park - 50 | 5022 | Bay Lane | 4 | 2 | 1 | 29,640.00 | Compass - Texas State Bank |
| Edgewater Park - 50 | 5026 | Bay Lane | 5 | 2 | 1 | 29,640.00 | Compass - Texas State Bank |
| Edgewater Park - 50 | 5030 | Bay Lane | 6 | 2 | 1 | 29,640.00 | Compass - Texas State Bank |
| Edgewater Park - 50 | 5034 | Bay Lane | 7 | 2 | 1 | 29,640.00 | Compass - Texas State Bank |
| Edgewater Park - 50 | 5038 | Bay Lane | 8 | 2 | 1 | 29,640.00 | Compass - Texas State Bank |
| Edgewater Park - 50 | 5042 | Bay Lane | 9 | 2 | 1 | 29,640.00 | Compass - Texas State Bank |
| Edgewater Park - 50 | 5046 | Bay Lane | 10 | 2 | 1 | 29,640.00 | Compass - Texas State Bank |
| Estates at Creeks End | 19307 | Creek Bend Drive | 31 | 4 | 1 | 36,823.34 | Compass - Texas State Bank |
| Inverness Estates | 9622 | Ashmond Lane | 11 | 2 | 6 | 38,700.00 | Compass - Texas State Bank |
| Inverness Estates | 9618 | Ashmond Lane | 12 | 2 | 6 | 38,700.00 | Compass - Texas State Bank |
| Inverness Estates | 9614 | Ashmond Lane | 13 | 2 | 6 | 36,000.00 | Compass - Texas State Bank |
| Inverness Estates | 22739 | Newcourt Place Street | 4 | 3 | 6 | 41,130.00 | Compass - Texas State Bank |
| Inverness Estates | 22743 | Newcourt Place Street | 5 | 3 | 6 | 41,130.00 | Compass - Texas State Bank |
| Inverness Estates | 22730 | Newcourt Place Street | 33 | 2 | 6 | 41,377.00 | Compass - Texas State Bank |
| Inverness Estates | 22726 | Newcourt Place Street | 34 | 2 | 6 | 38,515.00 | Compass - Texas State Bank |
| Inverness Estates | 22718 | Newcourt Place Street | 36 | 2 | 6 | 38,515.00 | Compass - Texas State Bank |
| Lone Oak | 17815 | Gable Oak Lane | 6 | 4 | 4 | 33,750.00 | Compass - Texas State Bank |
| Auburn Lakes Retreat | 25211 | Summer Chase Drive | 7 | 1 | 2 | 52,352.00 | First Bank |
| Auburn Lakes Retreat | 25210 | Summer Chase Drive | 2 | 2 | 2 | 52,352.00 | First Bank |
| Auburn Lakes Retreat | 25202 | Summer Chase Drive | 4 | 2 | 2 | 52,352.00 | First Bank |
| Auburn Lakes Retreat | 25118 | Summer Chase Drive | 5 | 2 | 2 | 52,352.00 | First Bank |
| Auburn Lakes Retreat | 25114 | Summer Chase Drive | 6 | 2 | 2 | 52,352.00 | First Bank |
| Auburn Lakes Retreat | 25110 | Summer Chase Drive | 7 | 2 | 2 | 52,352.00 | First Bank |
| Auburn Lakes Retreat | 25106 | Summer Chase Drive | 8 | 2 | 2 | 52,352.00 | First Bank |
| Auburn Lakes Retreat | 25102 | Summer Chase Drive | 9 | 2 | 2 | 52,352.00 | First Bank |
| Auburn Lakes Retreat | 25123 | Summer Chase Drive | 8 | 4 | 2 | 52,352.00 | First Bank |
| Auburn Lakes Pines | 6530 | Loblolly Vista Drive | 5 | 1 | 3 | 41,165.87 | Trustmark Bank |
| Auburn Lakes Pines | 6506 | Loblolly Vista Drive | 3 | 2 | 3 | 41,165.87 | Trustmark Bank |
| Auburn Lakes Pines | 25206 | Bristlecone Pine Lane | 2 | 4 | 3 | 41,165.87 | Trustmark Bank |
| Auburn Lakes Pines | 25222 | Bristlecone Pine Lane | 6 | 4 | 3 | 41,165.87 | Trustmark Bank |
| Auburn Lakes Pines | 25206 | Hawthorne Blossom Drive | 16 | 4 | 3 | 41,165.87 | Trustmark Bank |
| Auburn Lakes Pines | 25210 | Hawthorne Blossom Drive | 17 | 4 | 3 | 41,165.87 | Trustmark Bank |
| Auburn Lakes Pines | 25214 | Hawthorne Blossom Drive | 18 | 4 | 3 | 41,165.87 | Trustmark Bank |
| Auburn Lakes Pines | 6407 | Loblolly Vista Drive | 9 | 5 | 3 | 42,065.87 | Trustmark Bank |
| Auburn Lakes Reserve | 25227 | Nichilo Drive | 7 | 1 | 2 | 48,014.55 | Trustmark Bank |
| Auburn Lakes Reserve | 25235 | Nichilo Drive | 9 | 1 | 2 | 48,014.55 | Trustmark Bank |
| Auburn Lakes Reserve | 25803 | Northcrest Drive | 11 | 2 | 2 | 48,014.55 | Trustmark Bank |

SOFH 5

**STATEMENT OF FINANCIAL AFFAIRS - 5.  "...foreclosures..." LOTS**

| Subdivision | Street# | StreetAddress | Lot | Block | Section | LotDrawnTodate | LenderFull |
|---|---|---|---|---|---|---|---|
| Auburn Lakes Reserve | 25226 | Nichilo Drive | 21 | 2 | 2 | 48,014.55 | Trustmark Bank |
| Auburn Lakes Reserve | 25230 | Nichilo Drive | 22 | 2 | 2 | 48,014.55 | Trustmark Bank |
| Auburn Lakes Reserve | 25818 | Northcrest Drive | 13 | 3 | 2 | 48,014.55 | Trustmark Bank |
| Auburn Lakes Reserve | 25830 | Northcrest Drive | 16 | 3 | 2 | 50,264.55 | Trustmark Bank |
| Auburn Lakes Reserve | 25235 | Auburn Bend Drive | 17 | 3 | 2 | 50,264.55 | Trustmark Bank |
| Auburn Lakes Reserve | 25231 | Auburn Bend Drive | 18 | 3 | 2 | 50,264.55 | Trustmark Bank |
| Auburn Lakes Reserve | 25227 | Auburn Bend Drive | 19 | 3 | 2 | 50,264.55 | Trustmark Bank |
| Auburn Lakes Retreat | 25103 | Summer Chase Drive | 3 | 4 | 2 | 62,146.05 | Trustmark Bank |
| Canyon Gate at Park Lakes | 9718 | Alyssa Court | 21 | 1 | 6 | 48,242.24 | Trustmark Bank |
| Canyon Gate at Park Lakes | 4714 | Loggia Lane | 32 | 1 | 6 | 47,339.65 | Trustmark Bank |
| Canyon Gate at Park Lakes | 4307 | Maple Gables Lane | 31 | 1 | 9 | 49,644.37 | Trustmark Bank |
| Canyon Gate at Park Lakes | 4315 | Maple Gables Lane | 33 | 1 | 9 | 49,446.40 | Trustmark Bank |
| Canyon Gate at Park Lakes | 4314 | Walden Terrace Lane | 34 | 1 | 9 | 49,441.38 | Trustmark Bank |
| Canyon Gate at Park Lakes | 4311 | Walden Terrace Lane | 40 | 1 | 9 | 49,441.38 | Trustmark Bank |
| Canyon Gate at Park Lakes | 4315 | Walden Terrace Lane | 41 | 1 | 9 | 49,441.38 | Trustmark Bank |
| Canyon Gate at Park Lakes | 4319 | Walden Terrace Lane | 42 | 1 | 9 | 49,447.02 | Trustmark Bank |
| Edgewater Park - 50 | 5002 | Gulf Stream Lane | 26 | 1 | 1 | 29,700.00 | Trustmark Bank |
| Edgewater Park - 50 | 5006 | Gulf Stream Lane | 27 | 1 | 1 | 29,700.00 | Trustmark Bank |
| Edgewater Park - 50 | 5010 | Gulf Stream Lane | 28 | 1 | 1 | 29,700.00 | Trustmark Bank |
| Edgewater Park - 50 | 5014 | Gulf Stream Lane | 29 | 1 | 1 | 29,700.00 | Trustmark Bank |
| Edgewater Park - 50 | 5018 | Gulf Stream Lane | 30 | 1 | 1 | 29,700.00 | Trustmark Bank |
| Edgewater Park - 50 | 5043 | Bay Lane | 39 | 1 | 1 | 29,700.00 | Trustmark Bank |
| Edgewater Park - 50 | 5039 | Bay Lane | 40 | 1 | 1 | 29,700.00 | Trustmark Bank |
| Edgewater Park - 50 | 5035 | Bay Lane | 41 | 1 | 1 | 29,700.00 | Trustmark Bank |
| Edgewater Park - 50 | 5031 | Bay Lane | 42 | 1 | 1 | 29,700.00 | Trustmark Bank |
| Edgewater Park - 50 | 5027 | Bay Lane | 43 | 1 | 1 | 29,700.00 | Trustmark Bank |
| Edgewater Park - 50 | 5023 | Bay Lane | 44 | 1 | 1 | 29,700.00 | Trustmark Bank |
| Edgewater Park - 50 | 5019 | Bay Lane | 45 | 1 | 1 | 29,700.00 | Trustmark Bank |
| Estates of Legends Trace | 30703 | Shady Trace Drive | 5 | 1 | 1 | 43,200.00 | Trustmark Bank |
| Estates of Legends Trace | 30711 | Shady Trace Drive | 7 | 1 | 1 | 43,200.00 | Trustmark Bank |
| Estates of Legends Trace | 30706 | Howes Drive | 9 | 1 | 1 | 43,200.00 | Trustmark Bank |
| Estates of Legends Trace | 30703 | Howes Drive | 11 | 1 | 1 | 43,200.00 | Trustmark Bank |
| Estates of Legends Trace | 30711 | Howes Drive | 13 | 1 | 1 | 43,200.00 | Trustmark Bank |
| Estates of Legends Trace | 30715 | Howes Drive | 14 | 1 | 1 | 43,200.00 | Trustmark Bank |
| Inverness Estates | 9603 | Tangler Court | 17 | 2 | 6 | 38,793.03 | Trustmark Bank |
| Inverness Estates | 9607 | Tangler Court | 18 | 2 | 6 | 38,796.00 | Trustmark Bank |
| Inverness Estates | 22747 | Newcourt Place Street | 6 | 3 | 6 | 38,793.20 | Trustmark Bank |
| Lone Oak | 17919 | Gable Oak Lane | 19 | 1 | 5 | 36,000.00 | Trustmark Bank |
| Southern Trails | 3008 | Birch Landing Court | 31 | 3 | 7 | 54,000.00 | Trustmark Bank |
| Southern Trails | 3006 | Birch Landing Court | 32 | 3 | 7 | 54,000.00 | Trustmark Bank |
| Southern Trails | 3004 | Birch Landing Court | 33 | 3 | 7 | 54,000.00 | Trustmark Bank |
| Twin Oaks | 411 | Holly Branch Lane | 37 | 1 | 2 | 32,434.55 | Trustmark Bank |
| Twin Oaks | 417 | Holly Branch Lane | 40 | 1 | 2 | 39,451.19 | Trustmark Bank |
| Twin Oaks | 419 | Holly Branch Lane | 41 | 1 | 2 | 39,448.54 | Trustmark Bank |
| Twin Oaks | 421 | Holly Branch Lane | 42 | 1 | 2 | 40,348.54 | Trustmark Bank |
| Twin Oaks | 423 | Holly Branch Lane | 43 | 1 | 2 | 40,348.54 | Trustmark Bank |
| Twin Oaks | 435 | Holly Branch Lane | 49 | 1 | 2 | 40,403.11 | Trustmark Bank |
| Twin Oaks | 437 | Holly Branch Lane | 50 | 1 | 2 | 32,451.97 | Trustmark Bank |
| Twin Oaks | 426 | Holly Branch Lane | 51 | 1 | 2 | 32,434.97 | Trustmark Bank |
| Twin Oaks | 2084 | Falling Forest Lane | 7 | 2 | 2 | 37,800.00 | Trustmark Bank |
| Twin Oaks | 2085 | Falling Forest Lane | 12 | 2 | 2 | 39,317.00 | Trustmark Bank |
| Wimbledon Falls | 24126 | Rocky Brook Falls | 32 | 2 | 3 | 34,684.40 | Trustmark Bank |
| Wimbledon Falls | 24130 | Rocky Brook Falls | 33 | 2 | 3 | 34,684.40 | Trustmark Bank |
| Wimbledon Falls | 24134 | Rocky Brook Falls | 34 | 2 | 3 | 34,684.40 | Trustmark Bank |
| Wimbledon Falls | 24142 | Rocky Brook Falls | 36 | 2 | 3 | 34,684.40 | Trustmark Bank |

|  |  |
|---|---|
|  | 9,840,918.52 |

SOFA 5

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Imperial Homes, Texas, Ltd.**                                        CASE NO

                                                                                                       CHAPTER   **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  02/09/2010                                          Signature  /s/ Terrence Hartzell
                                                                                    *Terrence Hartzell*
                                                                                    *President of General Partner*

Date _____          Signature _____

Debtor(s):  **Imperial Homes, Texas, Ltd.**                Case No:                                                    **SOUTHERN DISTRICT OF TEXAS**
                                                        Chapter:  **7**                                                **HOUSTON DIVISION**

1st Infiniti
14402 Cypress Ridge
Cypress, Texas  77429

Arrow Marble, LLC
PO Box 40592
Houston, Texas  77240

Brazoria County MUD #34
c/o Tommy Lee, Assessor - Colle
Brazoria County
111 E. Locust
Angleton, Texas  77515


A-1 Express Blinds
Joe Buchanan
16642 Lock Katrine Lane
Houston, Texas  77084

Aztec Rental Center, Inc.
PO Box 924616
Houston, Texas  77292-4616

Bridgeston MUD - Water
PO Box 309
Spring, Texas  77383-0309


A.B. Erosion Control
12547 Saratoga Woods
Humble, Texas  77346

Bacliff MUD - Water
PO Drawer 8717
4303 12th St.
Bacliff, Texas  77518-8717

Builder Homesite, Inc.
11900 RR 620N
Austin, Texas  78750


A.B. Window Services, LLC
1415 Upland Dr.
Houston, Texas  77043

Bacliff MUD Tax Office - County
c/o Cheryl E. Johnson - Galvest
722 Moody
Galveston, Texas  77550

Builders First Source South
PO Box 844193
Dallas, Texas  77086


Al Karlson Hauling
3303 Redfield
Pasadena, Texas  77503

Bateman & Hart
c/o Robert A. Jones
Barlow Jones & Brust, LLP
17223 El Camino Real, Ste. 400
Houston, Texas  77058

Builders Post-Tension
403 Richey Road
Houston, Texas  77090


Allied Concrete Pumping LP
PO Box 80
Thompsons, Texas  77481-0080

Birch Communications
Dept AT 952855
Atlanta, GA  31192-2855

C S Products & Supply
PO Box 1019
Florence, Texas  76527


Alpine Air, Inc
2016 Almeda Genoa Rd.
Houston, Texas  77047

Bison Building Materials, LLC
1445 W. Sam Houston Parkway, N.
Houston, Texas  77043

CA of Champion Woods Estates
PO Box 681007
Housotn, Texas  77268


Alvin ISD Tax Office - Brazoria
c/o Ro'Vinn Garrett, Assessor C
111 E. Locust St.
Angleton, Texas  77515

Bison Building Materials, LLC
1445 W. Sam Houston Parkway, No
Houston, Texas  77043

Cage Hill  & Niehaus, LLP
5851 San Felipe Suite 950
Houston, TX 77057


Anita Henry / Assessor - Collec
Cypress Fairbanks, ISD
PO Box 203908
Houston, Texas  77216-3908

Boral Brick, Inc.
PO Box 101447
Atlanta, GA  30392-1447

Capitol Flag Co., Inc.
4822 Fannin St.
Houston, Texas  77004


Armenta's Paiting
15411 Poolview
Houston, Texas  77071

Bradford Brothers Electric Inc.
1515 Mesquite, Bld. A
Houston, Texas  77093

Cast Fireplaces
10425 Tanner Road
Houston, Texas  77041

Debtor(s):  **Imperial Homes, Texas, Ltd.**         Case No:                          **SOUTHERN DISTRICT OF TEXAS**
                                                     Chapter:  **7**                   **HOUSTON DIVISION**

Castano K. Tops
799 Hansen Rd., Ste. 313
Houston, Texas   77061

City of Houston Water Departmen
4200 Leeland
Houston, TX   77023

Creeks End HOA Asso. Inc.
c/o ACMI
12603 Louetta Road, #101
Cypress, Texas   77429


Centerpoint Energy
PO Box 2628
Houston, Texas   77252

City of LaPorte Utilities
PO Box 1849
LaPorte, Texas   77572

D&E Plumbing
6742 Mayard
Housotn, Texas   77041


Champion Columns & Shutters, In
PO Box 410277
Houston, Texas   77241-1027

City of League City Utilities
PO Box 2008
League City, Texas   77574-2008

Dan Daues
14408 Bach Springs Court
Cypress, Texas   77429


Champion Steel
7310 FM 1458 South
Sealy, Texas   77474

City of Pearland Water Departme
PO Box 2068
Pearland, TExas   77588-2067

David B. and Beatrice Cota
5303 Tulip Glen Ct.
Spring, Texas   77379


Champion Window, Inc.
PO Box 842422
Dallas, Texas   75284-2422

CL Ashton Woods, LP
11375 W. Sam Houston Pkwy S., S
Houston, Texas   77031

Decor Builders Hardware
27201 Hanna Road
Conroe, Texas   77385


Charles Kelley
7415 Rimwood Court
Houston, Texas   77049

Clayton Farmer
PO Box 772463
Houston, Texas   77215

DeLage Landren Financial Servic
PO Box 41602
Philadelphia, PA   19101-1602


Charter Bank, a Federally Chart
Savings Bank
4400 Osuna Rd., NE
Albuquerque, NM   87192
Mike Cunningham

Comcast
PO Box 6660618
Dallas, Texas   75266-0618

DIA Construction
18307 Little Fawn DR.
Houston, Texas   77042


Cheryl E. Johnson - Galveston
County Tax A/C
722 Moody
Galveston, Texas   77550

Comerica Bank
Paul Edmonds Vice President
910 Louisiana, Suite 300
Houston, Texas   77002

Dickenson ISD Tax Office
c/o Galveston County Assessor -
PO Box 1169
Galveston, Texas   77533-1169


Chuck Dibala
11434 Needville-Fairchild Rd.
Needville, Texas   77461

Compass Bank
formerly Texas State Bank
Attn:  Gary Noble, Senior Vice
5 Riverway
Houston, Texas   77056

Dimension Leasing L.C.
10555 Richmond Ave.
Houston, Texas   77042


City of Houston - Tax Office
c/o Leo Vasquez TAC , Harris Co
PO BOx 4622
Houston, Texas   77244

Conroe ISD Tax Office
c/o JR Moore, Assessor - Collec
Montgomery County
400 North San Jacinto
Conroe, Texas   77301-2823

Dimension Leasing LC
45 Queen Mary Court
Sugarland, Texas   77479

Debtor(s):  **Imperial Homes, Texas, Ltd.**          Case No:                                                        **SOUTHERN DISTRICT OF TEXAS**
                                                                        Chapter:  **7**                                                  **HOUSTON DIVISION**

Dimension Leasing LC
45 Queen Mary Court
Sugarland, Texas 77479

FDIC as Receiver for
Franklin Bank, SSB
9800 Richmond Ave., Ste. 680
Houston, Texas  77042

G. Neil Corporation
PO Box 451179
Sunrise, FL  33345-1179


Doyle Holloway
PO Box 422066
Houston, Texas  77242

First Bank, a Missouri State Ba
Attn: Andrew Schmidt
11901 Olive Blvd.
St. Louis, MO  63141

Garcia Trash Huller
22289 Adams St.
Porter, Texas  77365


EG Construction
6433 Brent Dr.
Houston, Texas  77085

First Choice Power, Inc.
PO Box 659603
San Antonio, Texas 78265-9603

Garfield Internet Group
PO Box 36735
Houston, Texas  77236-6735


Elizabeth Sorsby
20131 Broad Run Lane
Richmond, Texas  77407

First Insurance Funding Corp.
450 Skokie Blvd, Suite 1000
Northbrook, Illinois 60062

Garza Clean Up Service.
12611 Plum Meadow Lane
Houston, TExas  77039


Enterprise Bank
Attn: Michael Peery Sr. Vice Pr
7125 Gulf Freeway
Houston, Texas  77087

Floors, Inc.
PO Box 3049
Grapevine, Texas  76099

General Plumbing Contractors, I
244 E. Helms
Houston, Texas  77037


Eric Martinez and Deyanira Mart
c/o Gordon W. Hall
2323 S. Voss Rd., Suite 5700
Houston, Texas  77057

Fort Bend Co. MUD #130
PO Box 4241
Houston, Texas  77210-4241

Golden Arrow Concrete
Pumping, Inc.
12303 Amelia Dr.
Houston, Texas  77045


F.T.D. Construction, Inc.
4211 Hambledon Village
Houston, Texas  77014

Fort Bend Co. MUD #130
Southwest Water Co.
PO Box 3150
Houston, Texas  77253-3150

Gonzalez Trim Constr.
11815 Oakshield Lane
Cypress, Texas  77433


Factory Builder Store
PO Box 3015
Houston, Texas

Fred Schweers
16019 Roseview Lane
Cypress, Texas  77429

Guadalupe L. Zuniga
3710 Gager
Houston, Texas  77093


Factory Builder Stores
PO Box 3015
Houston, Texas  77253-3015

Frederick Loucks
5507 Fountainbridge Lane
Houston, Texas  77089

Guaranteed Service Roofing &
Construction nc.
PO Box 24796
Houston, TExas  77013


Fashion Glass & Mirror
PO Box 1085
DeSoto, Texas  75123-1085

Fresh Can
2715 FM 2917
Alvin, Texas  77511

Gulf & Basco L.P.
PO Box 445
Houston, Texas  77001

Debtor(s):  **Imperial Homes, Texas, Ltd.**                    Case No:                    **SOUTHERN DISTRICT OF TEXAS**
                                                              Chapter:  **7**                    **HOUSTON DIVISION**

Gulf Coast Fan & Light
9630 Clarewood Dr., #D-1
Houston, Texas  77036

Harris County MUD - 165
c/o ECO Resources, Inc.
12535 Reed Rd.
Sugar Land, Texas  77478

Joe Swartz Electric, Inc.
PO Box 16430
Houston, Texas  77222-6430

Harris County MUD # 1
PO BOx 2996
Spring, Texas  77383-2569

Hi Tech Concrete
Pumping Services LLC
PO Box 1163
Kemah, Texas  77565

Joe Valdez c/o
Shari Goldsberry
401 2nd Street
San Leon, Texas  77539

Harris County MUD #1
Mike Arterburn, Tax A/C
4910 Dacoma, #601
Houston, Texas  77065

Houston Carpet, RF's
402 Columbia
Houston, Texas  77007

John C. Mickelson, Jr.
1911 Strawfield
Sugar Land, Texas  77478

Harris County MUD #104
Barbara Wheeler, Tax A/C
4910 Dacoma #601
Houston, Texas  77065

Humble ISD
Janice P. Himpele - Assessor -
PO Box 4020
Houston, Texas  77210

JR Moore, Jr. Assessor - Collec
Montgomery County
400 North San Jacinto
Conroe, Texas  7731-2823

Harris County MUD #104 - Water
PO Box 3033
Houston, Texas  77253-3033

Imperial Homes, Texas, Ltd.
10555 Richmond Ave., Ste. 400
Houston, Texas 77042

Kent Moore - Cabinets
450 Stone City Dr.
Bryan, Texas  77803

Harris County MUD #173
Mike Arterburn, Tax A/C
6935 Barney Rd., #110
Houston, Texas  77092-4443

Iron Mountain Records
Management, Inc.
PO Box 915004
Dallas, Texas  75391-5004

Kent Moore Cabinets
450 Stone City Dr.
Bryan, Texas  77803

Harris County MUD #173 - Water
PO Box 3037
Houston, Texas  77253-3037

James Rutledge
4903 Quiet Canyon
Friendswood, Texas  77547

Kerry and Lolita Christophe
c/o Leonard Schneider
Ross, Banks, May, Cron & Cavin
2 Riverway, Suite 700
Houston, Texas  77056

Harris County MUD #400
Barbara Wheeler, Tax A/C
6935 Barney Rd., Ste. 110
Houston, Texas  77092

Jeremy Parker
12010 Oak Cluster East
Magnolia, Texas  77354

Klein ISD
7200 Spring-Cypress Rd.
Klein, Texas  77379-3299

Harris County MUD #400
PO Box 690928
Houston, Texas  77269-0928

Jesus Flores
6425 Bankside #1073
Houston, Texas  77096

Klein ISD, Tax Assessor - Colle
7200 Spring - Cypress Rd.
Klein, Texas  77379-3299

Harris County MUD #401
312 Spring Hill Dr.
Spring, Texas  77386-3709

Jesus Gonzalez
5320 Farmers
Alvin, Texas  77511

Kleinwood MUD
PO Box 6900928
Houston, Texas  77269-0928

Debtor(s):  **Imperial Homes, Texas, Ltd.**          Case No:

Chapter:  **7**

SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Konica Minolta Business
Solutions USA, Inc. Dept. 2366
PO Box 122366
Dallas, Texas  75312-2366

Margaret R. Maddox
17044 El Camino Real
Houston, Texas 77058-2630

Mobile Management Corp.
PO Box 45043
San Francisco, CA  94145-0043

L&W Weatherstripping LLC
3421 N. US Hwy, 77
Schulenburg, Texas  78956

Maria Herrera
10334 Sagevale Lane
Houston, Texas  77089

Mobile Mini Inc.
PO Box 79149
Phoenix, AZ  85062-9149

L&W Weatherstripping, LLC
3421 N. US Hwy 77
Schulenburg, Texas  78956

Marina Del Sol R.A.
c/o HCMS
PO Box 3156
Houston, Texas  77253-3156

Momentum Printing & Graphics, I
15018 Mintz Lane
Houston, Texas  7714

Laura Chefant Thetford
Sugar Land, Texas  77479

Master Brand Cabinets, Inc.
PO BOx 75527
Chicago, IL  60675-7522

Montgomery County #89 Tax Offic
11111 Katy Freeway, Suite 725
Houston, Texas  77079

Leo Vasquez, Tax Harris County
PO Box 4622
Houston, Texas  77244

Master Brick, Inc.
9502 W. Little York Rd.
Houston, Texas  77040-3318

Montgomery County MUD #88
Tax Office
111111 Katy Freeway, #725
Houston, Texas  77079-2197

Logix Communications LP
PO Box 3608
Houston, Texas  77253-3608

Master Tile
7170 West 43rd St., Ste. 150
Houston, Texas  77092

Montgomery County MUD #88
PO Box 2569
Spring, Texas  77383

Magic Man Surface, Inc.
2302 Denridge
Houston, Texas  77038

Material Service & Supply, Inc.
8309 Monroe Road
Houston, Texas  77061

Montgomery County MUD #89
PO Box 2569
Spring, Texas  77385

Maid Concept
20525 Bentwood Oaks Dr.
Porter, Texas  77365

Matt Richards
6327 Pearson Rd.
Santa Fe, Texas  77517

Moody National Bank
Craig T. Barker, Ex. Vice Presi
2302 Post Office Street
Galveston, Texas  77550

Mainland Custom Marble, Inc.
PO Box 1120
Alvin, Texas  77512

Michelle Marshall
5924 Ross Ave
Dallas, Texas  75206

Morris, Lendias, Hollrah & Snow
1980 Post Oak Blvd.
Houston, Texas 77056

Marcella Reyes
c/o HLMS
PO Box 3156
Houston, Texas  77253-3156

Miguel Jimenez
8334 Galler Rd.
Richmond, Texas  77469

Move Sales, Inc.
New Homes Division
PO Box 13239
Scottsdale, AZ  85267-3239

Debtor(s):  **Imperial Homes, Texas, Ltd.**         Case No:         **SOUTHERN DISTRICT OF TEXAS**
                                                    Chapter: **7**              **HOUSTON DIVISION**

National Sign Plazas, Inc.        Pitney Bowes                      Reliant Energy
8150 S. Akron St., Ste. 401       PO Box 856460                     Dept. 650475
Centennial, CO  80112             Louisville, KY  40285-6460        1501 North Plano Rd.
                                                                    Richardson, Texas  75081


Northwest Z-Tek                   Porter Ready Mix, Inc.            Rest Stop Portable
Sand & Gravel, LLC                PO Box 981                        7273 Teaswood Dr.
201 Magnolia Ln.                  Porter, Texas  77365              Conroe, Texas  77304
Conroe, Texas  77304


Oakmont PUD - Tax                 Prosperity Bank                   Reyes Tractor Service
PO Box 73109                      Russell Lindsey                   9835 Mill Shadow
Houston, Texas  77273-3109        100 West Medical Center Blvd      Houston, Texas  77070
                                  Webster, Texas  77598


Oakmont PUD - Utilities           Purchase Power                    Reynolds Tile & Flooring Inc.
PO Box 2569                       PO Box 856042                     5800 Centralcrest
Spring, Texas  77383              Louisville, KY  40285-6042        Houston, Texas  77092


Office Depot                      PV Roofing                        Reynolds Tile & Flooring, Inc.
PO Box 88040                      10310 Antoine Dr.                 5800 Centralcrest
Chicago, IL  60680-1040           Houston, Texas  77086             Houston, Texas  77092


P.V. Roofing, Inc.                Quality Drywall & Service, Ltd.   Richard E. Brown
10310 Antoine Dr.                 PO Box 1903                       7500 San Felipe, Ste. 777
Houston, Texas  77086             Friendswood, Texas  77549-1903    Houston, Texas  77063


Paula Nadolink                    Quality Drywall & Services, Ltd   Ro'Vinn Garrett, Assessor - Col
1411 Wood Hollow Dr.              PO BOx 1903                       Brazoria County
Houston, Texas  77057             Friendswood, Texas  77549-1903    111 E. Locust
                                                                    Angleton, Texas  77515


Pedro Angel Garcia                RB Painting                       Robert Denman
13529 Rochester St.               7106 Ingland                      31202 Dorado Circle
Housotn, Texas  77015             Houston, Texas  77021             Tomball, Texas  77479


Perfection Wholesale              RBC Bank (USA) a North Carolina   Roman Fence Co., Inc.
6742 -A N. Eldridge Parkway       Ken Shaw, Vice President          5722 East Houston Rd.
Houston, Texas  77041             11011 Richmond Ave., Ste. 850     Houston, Texas  77028
                                  Houston, Texas  77042


Phelps Dunbar LLP                 Regions Bank                      Roy Edminston
PO Box 974798                     Christopher Morris, Sr. Vice Pr   50 N. Season Trace
Dallas, Texas  75397-4798         5005 Riverway, Suite 110          The Woodland, Texas  77381
                                  Houston, Texas  77056

Debtor(s):  **Imperial Homes, Texas, Ltd.**          Case No:                              **SOUTHERN DISTRICT OF TEXAS**
                                                      Chapter:  **7**                        **HOUSTON DIVISION**

Salvador Rodriguez
187 Hankla
Houston, Texas   77076

Sprint
PO Box 4181
Carol Stream, IL   60197-4181

Texas Environmental   Strategies
(TESCO)
5747 Glenmont Dr.
Houston, Texas   77081


Sanchez Fence
PO Box 544
Pasadena, Texas   77501

Sprint Sand & Clay, LP
PO Box 4281 Dept. 4281-1
Houston, Texas   77210-4281

Texas Tile & Flooring Inc.
3506 Parkside Dr.
Pearland, Texas   77584


Scholl Forest Industries, LP
PO Box 41558
Houston, Texas   77241-1558

Steve Powers
15814 Oxenford Dr.
Tomball, Texas   77377

Texas Tile and Flooring, Inc.
3506 Parkside Dr.
Pearland, Texas   77584


Seyah, Ltd dba
Ranger American
Security Systems
10750 Hammerly Ste. 100
Houston, Texas   77043

Stewart Door Corporation
SDC Products
17030 West Little York
Houston, Texas   77084

The Nelrod Company
3109 Lubbock Avenue
Fort Worth, TExas   76109


Seybro Door & Weatherstripping
SDC Products
17030 West Little York
Houston, Texas   77084

Stock Building Supply of Texas
PO Box 847795
Dallas, Texas   75284-7795

TLR Services, Inc.
15629 Knotty Oaks Trail
Magnolia, Texas   77355


Seybro Door & Weatherstripping
PO Box 125
Weimar, Texas   78962

Suddenlink
PO Box 650027
Dallas, Texas   75265

Torres Service Cleaning Houses
5930 Doolittle
Houston, Texas   77033


Sholl Forest Industries, LP
PO Box 41558
Housotn, Texas   77241-1588

Tanks A Lot
PO Box 962
Tomball, Texas 77377-0962

Town & Country
Brick & Supply Inc.
PO Box 406
Tomball, Texas   77354


Sierra Spring Water
PO Box 660579
Dallas, Texas   75266-0579

Telos Solutions, Inc.
PO Box 1353
Fredricksburg, Texas   78624

Trustmark National Bank
Bruce Barclay, Senior Vice Pres
10497 Town and Country Way, Ste
Houston, Texas   77024


Signtex Outdoor, Inc.
1225 Alma Ste. D
Tomball, Texas   77375

Terrence Hartzell
45 Queen Mary Court
Sugar Land, Texas   77479

TSG Consultant, INc.
2600 Gessner, Suite 282
Houston, Texas   77080b


South Texas Grid Systems
PO Box 1268
Tomball, Texas   77377-1268

Terri Guttierez
15503 Kellan Court
Cypress, Texas   77429

TSG Consultations Inc.
2600 Gessner, Suite 282
Houston, Texas   77080

Debtor(s):  **Imperial Homes, Texas, Ltd.**      Case No:
                                                 Chapter: **7**                       **SOUTHERN DISTRICT OF TEXAS**
                                                                                      **HOUSTON DIVISION**

Universal Forest Product
Texas Ltd. Partnership
18602 Katy Freeway
Houston, Texas  77204-5019

Woodlands Pattern Concrete
50 Wind Whisper Court
The Woodland, Texas  77380

Verizon
PO Box 920041
Dallas, Texas  75392-0041

Zenith Equity Group, LLC
Successor to Realy Corp Int'l,
2900 Wilcrest, Suite 100
Houston, Texas  77042

Villareal Drywall, Inc.
517 Northville
Houston, Texas  77037

Zenith Real Estate Services, In
PO Box 42146
Houston, Texas  77242

Wesson Sand Co.
3800 Halik, #3
Pearland, Texas  77581

West Star Drywall, Inc.
14041 West Rd., STe. 200
Houston, Texas  77041

WestStar Drywall, Inc.
14041 West Rd., Ste. 200
Houston, Texas  77041

Windrose Land Services
3628 Westchase
Houston, Texas  77042

Windstorm Services LLC
1510 Baggett Lane
Houston, Texas  77055

Wisenbaker Builder Services
1703 Westfield Loop
Houston, Texas  77073-2409

WM Security Services, Inc.
PO Box 932599
Atlanta, GA  31193